

```
                            FILED IN DISTRICT COURT
                               OKLAHOMA COUNTY
IN THE DISTRICT COURT OF OKLAHOMA COUNTY
          STATE OF OKLAHOMA          OCT 14 2022

                                     RICK WARREN
                                     COURT CLERK
                                  109_____
```

| | |
|---|---|
| STEPHEN MULLICAN AND KELLEY MULLICAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. **CJ-2022-5083** |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Terry M. McKeever and S. Alex Yaffe enter their appearance as counsel in this case for the Plaintiffs.

We certify that we are admitted to practice in this Court.

_10/13/2022_
DATE

TERRY M. MCKEEVER, OBA# 21751
S. ALEX YAFFE, OBA# 21063
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73189
Telephone: (405) 632-6668
Facsimile: (405) 632-3036
tmm@fylaw.com

EXHIBIT 4

1