
OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Stephen Mullican, AND<br>KELLEY MULLICAN<br>    Plaintiff,<br>v.<br>State Farm Fire and Casualty Company,<br>    Defendant. | No. CJ-2022-5083<br>(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 10/14/2022<br><br>Judge: Timmons, Aletia Haynes |

## PARTIES

Mullican, Kelley, Plaintiff
Mullican, Stephen, Plaintiff
State Farm Fire and Casualty Company, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| McKeever, Terry M (Bar #21751)<br>P.O. BOX 890420<br>OKC, OK 73189 | Mullican, Stephen |
| YAFFE, S ALEX (Bar #21063)<br>P.O. BOX 890420<br>OKLAHOMA CITY, OK 73189 | Mullican, Stephen |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

EXHIBIT 5

Issue # 1.  Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: Mullican, Stephen
Filed Date: 10/14/2022

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 10-14-2022 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. |  | #1 |  |
| 10-14-2022 | [ CONTRACT ] | BREACH OF AGREEMENT - CONTRACT |  |  |  |
| 10-14-2022 | [ DMFE ] | DISPUTE MEDIATION FEE |  |  | $ 7.00 |
| 10-14-2022 | [ PFE1 ] | PETITION |  |  | $ 163.00 |
| 10-14-2022 | [ PFE7 ] | LAW LIBRARY FEE |  |  | $ 6.00 |
| 10-14-2022 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND |  |  | $ 25.00 |
| 10-14-2022 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND |  |  | $ 1.55 |
| 10-14-2022 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES |  |  | $ 5.00 |
| 10-14-2022 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |  |  | $ 10.00 |
| 10-14-2022 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |  |  | $ 1.00 |
| 10-14-2022 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION |  |  | $ 0.16 |
| 10-14-2022 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES |  |  | $ 0.45 |
| 10-14-2022 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS |  |  | $ 0.23 |
| 10-14-2022 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS |  |  | $ 0.75 |

| | |
|---|---:|
| **10-14-2022**  [ DCADMINCSF ] | $ 1.50 |
| DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| **10-14-2022**  [ CCRMPF ] | $ 10.00 |
| COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | |
| **10-14-2022**  [ CCADMIN04 ] | $ 0.50 |
| COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | |
| **10-14-2022**  [ LTF ] | $ 10.00 |
| LENGTHY TRIAL FUND | |
| **10-14-2022**  [ SMF ] | $ 10.00 |
| SUMMONS FEE (CLERKS FEE) | |
| **10-14-2022**  [ P ] | |
| PLAINITFF'S ORIGINAL PETITION<br>Document Available (#1053713476) TIFF  PDF | |
| **10-14-2022**  [ EAA ] | |
| ENTRY OF APPEARANCE/TERRY M. MCKEEVER & S. ALEX YAFFE ATTNY FOR PLAINTIFF<br>Document Available (#1053095314) TIFF  PDF | |
| **10-14-2022**  [ TEXT ] | |
| OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TIMMONS, ALETIA HAYNES TO THIS CASE. | |
| **10-14-2022**  [ ACCOUNT ] | |
| RECEIPT # 2022-5283322 ON 10/14/2022.<br>PAYOR: FOSHEE YAFFE LLC TOTAL AMOUNT PAID: $ 252.14.<br>LINE ITEMS:<br>CJ-2022-5083: $173.00 ON AC01 CLERK FEES.<br>CJ-2022-5083: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2022-5083: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2022-5083: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2022-5083: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2022-5083: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2022-5083: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2022-5083: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2022-5083: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2022-5083: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2022-5083: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2022-5083: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | |
| **01-31-2023**  [ SMS ] | |
| SUMMONS RETURNED, SERVED BY MAIL TO STATE FARM ON 1/27/2023<br>Document Available (#1054609699) TIFF  PDF | |