

**Larry Stein** Oklahoma County Assessor **(405) 713-1200** - Public Access System

| Real Property Display - Screen Produced   2/15/2023 2:05:56 PM ||||
|---|---|---|---|
| Account: R100011000 | Type: Residential | Location: | 6000 COUNTRY RIDGE LN |
| Building Name/Occupant: | | Map Parcel | OKLAHOMA CITY |
| Owner Name 1: | BATTON DAVID P | 1/4 section #: | 1109 |
| Owner Name 2: | | Parent Acct: | |
| Owner Name 3: | | Tax District: | TXD 411 |
| Billing Address: | 6000 COUNTRY RIDGE LN | School System: | McLoud #1 |
| City, State, Zip | NEWALLA, OK  74857 | Land Size: | 2.00  Acres |
| Country: (If noted) | | Lot Dimensions: | Width    Depth |
| Personal Property | Land Value: 25,600 | **Treasurer:** | Click to View Taxes |
| Sect 28-T11N-R1E Qtr NE | COUNTRY RIDGE ESTATES   Block 001  Lot 001 | Subdivision Sales ||
| **Full Legal Description:** COUNTRY RIDGE ESTATES 001 001 ||||

| Photo & Sketch (if available) | Comp Sales Address/Date/Price (ordered by relevancy) | Report Coming Soon ||
|---|---|---|---|
| | 6000 COUNTRY RIDGE LN OKLAHOMA CITY, OK | 07/01/2022 | $279,000 |
| | 18624 SUNRISE RD OKLAHOMA CITY, OK | 09/16/2022 | $240,000 |
| | 19825 SE 72ND ST OKLAHOMA CITY, OK | 04/29/2022 | $380,000 |
| | 6900 FOREST OAKS OKLAHOMA CITY, OK | 12/09/2022 | $438,000 |
| | 18725 SE 89TH ST OKLAHOMA CITY, OK | 11/29/2021 | $200,000 |
| | 19200 SE 59TH ST OKLAHOMA CITY, OK | 07/29/2022 | $385,000 |

Value History   (*The County Treasurer 405-713-1300 posts & collects actual tax amounts.  Contact information **HERE**)

| Year | Market Value | Taxable Mkt Value | Gross Assessed | Exemption | Net Assessed | Millage | Est. Tax | Tax Savings |
|---|---|---|---|---|---|---|---|---|
| 2022 | 26,505 | 26,505 | 2,915 | 0 | 2,915 | 108.95 | 317.65 | 0.00 |
| 2021 | 26,505 | 26,505 | 2,915 | 0 | 2,915 | 135.78 | 395.87 | 0.00 |
| 2020 | 181,000 | 171,162 | 18,827 | 0 | 18,827 | 109.12 | 2,054.49 | 118.09 |
| 2019 | 179,500 | 163,012 | 17,931 | 0 | 17,931 | 112.31 | 2,013.87 | 203.69 |
| 2018 | 159,000 | 155,250 | 17,077 | 0 | 17,077 | 118.42 | 2,022.32 | 48.85 |

[1/5]

| Property Account Status/Adjustments/Exemptions ||||
|---|---|---|---|
| Account # | Grant Year | Exemption Description | Amount |
| No adjustment/exemption records returned. ||||

Property Deed Transaction History   (Recorded in the **County Clerk's Office**)

| Date | Type | Book | Page | Price | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 7/1/2022 | > Deeds | 15204 | 1964 | 279,000 | MYM PROPERTIES LLC | BATTON DAVID P |
| 9/16/2021 | > Deeds | 14899 | 1993 | 98,000 | WE BUY HOUSES LLC | MYM PROPERTIES LLC |
| 5/7/2021 | > Deeds | 14749 | 156 | 82,000 | MULLICAN STEPHEN & KELLEY | WE BUY HOUSES LLC |
| 1/28/2011 | > Deeds | 11563 | 896 | 150,000 | BEALL BERNICE TRS BEALL BERNICE REV TRUST | MULLICAN STEPHEN & KELLEY |
| 3/11/2005 | > Deeds | 9644 | 135 | 0 | BEALL BERNICE | BEALL BERNICE TRS BEALL BERNICE REV TRUST |

[1/2]

| Last Mailed Notice of Value (N.O.V.) Information/History ||||||
|---|---|---|---|---|---|
| Year | Date | Market Value | Taxable Market Value | Gross Assessed | Exemption | Net Assessed |
| 2020 | 02/21/2020 | 181,000 | 171,162 | 18,827 | 0 | 18,827 |

| Last Mailed Notice of Value (N.O.V.) Information/History | | | | | | |
|---|---|---|---|---|---|---|
| Year | Date | Market Value | Taxable Market Value | Gross Assessed | Exemption | Net Assessed |
| 2019 | 02/26/2019 | 179,500 | 163,013 | 17,931 | 0 | 17,931 |
| 2018 | 04/09/2018 | 159,000 | 155,250 | 17,077 | 0 | 17,077 |
| 2017 | 02/24/2017 | 158,500 | 147,857 | | | |
| 2016 | 02/26/2016 | 152,500 | 140,817 | 15,489 | 0 | 15,489 |

-- -- > >| [1/2]

| Property Building Permit History | | | | | | |
|---|---|---|---|---|---|---|
| Issued | Permit # | Provided by | Bldg # | Description | Est Construction Cost | Status |
| 11/14/2022 | BLDR-2022-06591 | | 1 | Storage Buil | 32,000 | Inactive |
| 11/2/2020 | | | 1 | Fire Remodel | | Inactive |
| 10/31/2001 | 10201060 | OKLAHOMA CITY | 1 | Carport | 2,000 | Inactive |
| 9/11/2001 | 10201059 | OKLAHOMA CITY | 1 | Main Dwellin | 25,000 | Inactive |
| 1/22/1996 | 10201061 | OKLAHOMA CITY | 1 | Garage | 2,000 | Inactive |

| Click button on building number to access detailed information: | | | | | | |
|---|---|---|---|---|---|---|
| | Bldg # | Vacant/Improved Land | Bldg Description | Year Built | SqFt | # Stories |
| Click | 1 | Improved | Ranch 1 Story | 2001 | 1,595 | 1 Stories |