IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN AND KELLEY MULLICAN, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-23-160-J |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, Andrew J. Morris, enter my appearance as counsel in this case for Defendant State Farm Fire and Casualty Company.

I certify that I am admitted to practice in this court.

Respectfully submitted,

<u>s/ Andrew J. Morris</u>
Andrew J. Morris, OBA #31658
McAfee & Taft A Professional Corporation
Eighth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Telephone:    (405) 235-9621
Facsimile:    (405) 235-0439
andrew.morris@mcafeetaft.com

***Attorney for Defendant State Farm Fire and Casualty Company***