# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN AND KELLEY MULLICAN,<br><br>   Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>   Defendant. | Case No. CIV-23-160-J |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  I, Jessica L. Dickerson, enter my appearance as counsel in this case for Defendant State Farm Fire and Casualty Company.

  I certify that I am admitted to practice in this court.

            Respectfully submitted,

            *s/ Jessica L. Dickerson*
            Jessica L. Dickerson, OBA #21500
            McAfee & Taft A Professional Corporation
            Williams Center Tower II
            Two West Second Street, Suite 1100
            Tulsa, OK 74103
            Telephone: (918) 587-0000
            Facsimile: (918) 599-9317
            jessica.dickerson@mcafeetaft.com

            **Attorney for Defendant State Farm Fire and Casualty Company**