# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN AND KELLEY MULLICAN,<br><br>  Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-23-160-J<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant State Farm Fire and Casualty Company ("State Farm") discloses as follows: State Farm is an Illinois corporation with its principal place of business in Illinois. It is not publicly held. No publicly held corporation owns 10% or more of State Farm's stock. State Farm is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company. State Farm Mutual Automobile Insurance Company is a mutual insurance corporation without stock organized under the insurance laws of the State of Illinois.

Respectfully submitted,

*s/ Andrew J. Morris*
Andrew J. Morris, OBA #31658
McAfee & Taft A Professional Corporation
Eighth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone:    (405) 235-9621
Facsimile:    (405) 235-0439
andrew.morris@mcafeetaft.com

*and*

Jessica L. Dickerson, OBA #21500
McAfee & Taft A Professional Corporation
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone:     (918) 587-0000
Facsimile:     (918) 599-9317
jessica.dickerson@mcafeetaft.com

**Attorneys for Defendant State Farm Fire and Casualty Company**