# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CIV-23-160-J |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**TO THE CLERK OF COURT:**

Please enter the following order in the above-entitled cause:

Pursuant to 28 U.S.C. § 455, I recuse from the above-referenced case to whom this case is assigned. The Clerk of Court is directed to return the case to the regular procedure for random selection so that a successor District Judge may be determined.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES DISTRICT JUDGE BERNARD M. JONES.

                                          Carmelita Reeder Shinn, Clerk

                              By:  /s/ D. Wayne Lee
                                     Deputy Clerk

Date:  March 6, 2023