# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   March 6, 2023

| | | |
|---|---|---|
| STEPHEN MULLICAN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-160-J |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

ENTER ORDER:

Case reassigned to        Judge Charles B. Goodwin

HEREAFTER, PLEASE REFER TO CASE AS    CIV-23-160-G

Please note that, for future filings in this case, the letter at the end of the number should now be a "G" rather than a "J".  This is important to ensure the prompt distribution of pleadings to the proper judge.

By direction of Judge Bernard M. Jones, we have entered the above enter order.

                                                Carmelita Reeder Shinn, Clerk


                                                By:    s/ D. Wayne Lee
                                                            Deputy Clerk