# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

### STATUS AND SCHEDULING CONFERENCE DOCKET

### FOR

### WEDNESDAY, MAY 3, 2023

### BEFORE

### HON. CHARLES B. GOODWIN

---

NOTICE TO COUNSEL:

Compliance with Federal Rules of Civil Procedure 16, 26(a)(1), and 26(f) and Local Civil Rule 16.1 (W.D. Okla.) will be strictly enforced.  The parties shall file their Joint Status Report and Discovery Plan by **Wednesday, April 26, 2023**.

Lead trial counsel shall participate in the status and scheduling conference.  Failure of lead counsel to appear will prevent counsel from participating at trial.

The status and scheduling conference will be held telephonically.  No later than Friday, April 28, 2023, at 12:00 p.m., the attorneys or parties who will participate in the status conference must advise Judge Goodwin's Courtroom Deputy of the telephone number at which they are to be contacted.  Judge Goodwin's Courtroom Deputy may be contacted by email at jacob_buckle@okwd.uscourts.gov.

The parties are advised that in appropriate cases, the Court may determine that a conference is unnecessary and may strike the conference and enter a scheduling order based on the information provided in the parties' Joint Status Report and Discovery Plan.

---

**WEDNESDAY, MAY 3, 2023**

**10:00 a.m.**
CIV-22-531-G          Mark W. Ramy                                    Chad N. Davis

                        v.

                        American Economy Insurance Company    Kristen P. Evans
                                                                  William W. O'Connor

**10:20 a.m.**
CIV-23-110-G          Sterling H. Stalder et al.                        Adam Engel
                                                          Jordyn L. Cartmell

                        v.

                        State Farm Fire and Casualty Company    Andrew E. Henry
                                                                 Timila S. Rother

**10:40 a.m.**
CIV-23-158-G          Martha Doubleday                                Clayton T. Hasbrook

                        v.

                        Wal-Mart Stores East, L.P.                   Jeffrey D. Scott
                                                                  Michael W. Brewer

**11:00 a.m.**
CIV-23-160-G          Stephen Mullican et al.                        Terry M. McKeever

                        v.

                        State Farm Fire and Casualty Company    Andrew James Morris
                                                                    Jessica L. Dickerson

**11:20 a.m.**
CIV-23-253-G          Kaylynn Cantrell                                 Kenneth N. Jean
                                                           Scott R. Jackson

                        v.

                        Burke O'Brien                                   Michael Woodson

**11:40 a.m.**
CIV-23-187-G        Shawn Cox, individually and on behalf of        Richard J. Burch
                    all others similarly situated,                  David I. Moulton

                    v.

                    TJ Inspection, Inc.                             Christopher S. Thrutchley