# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STEPHEN MULLICAN and KELLEY MULLICAN,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) Case No. CIV-23-160-G |
| **STATE FARM FIRE AND CASUALTY COMPANY** | ) ) ) ) |
| **Defendant.** | ) ) |

## ORDER

Now before the Court is Defendant State Farm Fire and Casualty Company's Unopposed Motion to Reschedule Status and Scheduling Conference (Doc. No. 10), seeking to reschedule the telephonic status and scheduling conference currently set for May 3, 2023, at 11:00 a.m. to a later time that same day. The Motion states that Plaintiffs do not oppose the relief requested.

For good cause shown, the Unopposed Motion (Doc. No. 10) is GRANTED. The telephonic status and scheduling conference is CONTINUED to May 3, 2023, at 1:00 p.m.

IT IS SO ORDERED this 26th day of April, 2023.

*[signature]*
CHARLES B. GOODWIN
United States District Judge