UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN and KELLEY MULLICAN,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-23-160-G<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

Appearing for Plaintiff: Terry M. McKeever

Appearing for Defendant: Andrew J. Morris

| EVENT | DEADLINE |
|---|---|
| *Motions to Join Additional Parties* | Within 14 days |
| *Motions to Amend Pleadings* | Within 14 days |
| *Expert Opinion Witness Lists and Materials*: Each party shall serve and file all disclosures required by Fed. R. Civ. P. 26(a)(2), excepting those falling within Rule 26(a)(2)(D)(ii). Reports required under Rule 26(a)(2)(B) should not be filed. | Plaintiff: November 20, 2023<br>Defendant: 21 days thereafter |
| *Witness and Exhibit Lists*: Each party shall serve and file the disclosures required by Fed. R. Civ. P. 26(a)(3)(A)(i) and (iii). | Plaintiff: December 5, 2023<br>Defendant: 14 days thereafter |
| *Objections to Exhibits*: Each party shall serve and file all objections to exhibits as permitted under Fed. R. Civ. P. 26(a)(3)(B). | 14 days thereafter |
| Dispositive and *Daubert* motions to be filed. | January 2, 2024 |
| Discovery to conclude. | February 1, 2024 |
| *Designations of Deposition Testimony*: Each party shall serve and file the disclosures required by Fed. R. Civ. P. 26(a)(3)(A)(ii). | March 11, 2024 |
| *Objections to and Counter-Designations of Deposition Testimony*: Each party shall serve and file any objection to deposition testimony as permitted under Fed. R. Civ. P. | March 18, 2024 |

| | |
|---|---|
| 26(a)(3)(B), as well as designations of deposition testimony that will be offered solely to rebut deposition testimony that has been designated by another party. | |
| *Objections to Counter-Designations of Deposition Testimony*: Each party shall serve and file any objection to counter-designated deposition testimony as permitted under Fed. R. Civ. P. 26(a)(3)(B). | March 25, 2024 |
| *Submission to Court of Depositions to be Used at Trial*: The parties shall submit to the Court a transcript of any deposition listed for use at trial.  The party that initially listed the deposition shall mark the transcript as follows: (a) initially-designated testimony shall be highlighted in yellow; (b) counter-designated testimony shall be highlighted in blue; and (c) testimony that is the subject of an objection shall be underlined, with the basis for the objection briefly noted in the margin. | April 1, 2024 |
| *Submission to Court of Proposed Orders on Objections to Deposition Designations and Counter-Designations:*  The parties shall submit proposed orders in conjunction with any objections to designations or counter-designations of deposition testimony.  The proposed orders shall be submitted by the party raising the objections and shall be submitted in Word format to goodwin-orders@okwd.uscourts.gov in substantially the form attached to this scheduling order.  Specifically, each proposed order shall identify the deponent and list the page and line numbers associated with each objection. | April 1, 2024 |
| *Final Pretrial Report*: The parties shall file a proposed Final Pretrial Report approved by all counsel and in full compliance with all applicable Local Rules and Chambers Rules, along with a proposed order approving the Report. | March 11, 2024 |
| *Pretrial Submissions*: Each party may file trial briefs, non-*Daubert* motions in limine, proposed voir dire, and proposed jury instructions and verdict forms.  Voir dire, jury instructions, and verdict forms shall additionally be submitted in Word format to goodwin-orders@okwd.uscourts.gov. | March 11, 2024 |
| *Objections to Pretrial Submissions*: Each party may file objections or responses to the pretrial submissions listed above. | March 18, 2024 |
| Parties in civil cases will be expected to have engaged in private mediation or a judicial settlement conference, or to have been expressly excused by the Court from that requirement, prior to docket call. | |
| Trial Docket | April 9, 2024 |

IT IS SO ORDERED this 10th day of May, 2023.

_____
CHARLES B. GOODWIN
United States District Judge

3