# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. CR-23-0160-HE |
| | ) |
| DEVONTE HOLSTON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant's letter, construed as a motion to receive a bill of particulars is **STRICKEN**. Defendant is represented by counsel and is not entitled to proceed both *pro se* and by counsel. See United States v. Sandoval-De Lao, 283 Fed. Appx. 621, 625 (10th Cir. 2008).

**IT IS SO ORDERED**.

Dated this 15th day of June, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE