## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

STEPHEN MULLICAN AND
KELLEY MULLICAN )
)
)
)
Plaintiff(s), )
)
v. )    Case No. CIV-23-160-J
)
STATE FARM FIRE AND CASUALTY
COMPAMY )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs , Stephen Mullican and Kelley Mullican .
(Plaintiff/Defendant)          (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Alec Fraser                    August 14, 2023
Signature                         Date

Alec Fraser
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Foshee & Yaffe
Firm

P.O. Box 890420
Address

Oklahoma City          OK          73189
City                   State       Zip Code

(405) 632-6668
Telephone

alec.fraser@fylaw.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on August 14, 2023 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____ , I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

ul Alec Fraser

s/ Attorney Name