IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) STEPHEN MULLICAN AND<br>2) KELLEY MULLICAN,<br><br>       Plaintiffs,<br>v.<br><br>1) STATE FARM FIRE AND<br>CASUALTY COMPANY<br><br>       Defendant. | Case No.: CIV-23-160-J |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The undersigned counsel respectfully requests this Court enter an order withdrawing Alec Fraser as counsel of record in this matter. In support of this Motion, the undersigned would show the Court:

1. Plaintiffs will continue to be represented by Terry McKeever, who previously entered an appearance. [Doc. 6].

2. Alec Fraser accepted a position in the Office of the Oklahoma Attorney General and can no longer represent private clients.

2. At the time of filing this motion, the undersigned has not heard back from Defendant's counsel regarding whether Defendant has any objections to this filing.

WHEREFORE, the undersigned respectfully requests that the Court enter an order granting withdrawal of Alec Fraser as counsel of record from the above titled case.

Respectfully submitted,

/s/ Alec N. Fraser
**Alec N. Fraser, OBA 35111**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-1267
Email: alec.fraser@oag.ok.gov
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of September, 2023 I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the ECF Noticing System to all counsel of record who are ECF participants.

/s/ Alec N. Fraser
Alec N. Fraser