IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN and KELLEY MULLICAN,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 5:23-cv-160-G<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S RESPONSE TO
MR. FRASER'S MOTION TO WITHDRAW AS COUNSEL**

Defendant State Farm Fire and Casualty Company does not object to the request [ECF No. 16] by Alec Fraser to withdraw as counsel of record for Plaintiffs Stephen and Kelley Mullican.

Respectfully submitted,

*s/ Andrew J. Morris*
Andrew J. Morris, OBA #31658
McAfee & Taft A Professional Corp.
Eighth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone:     (405) 235-9621
Facsimile:      (405) 235-0439
andrew.morris@mcafeetaft.com

***Attorneys for Defendant State Farm
Fire and Casualty Company***