# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STEPHEN MULLICAN and**<br>**KELLEY MULLICAN,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**STATE FARM FIRE AND**<br>**CASUALTY COMPANY**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-23-160-G<br>)<br>)<br>)<br>)<br>) |

## ORDER

Now before the Court is the Motion to Withdraw of Alec Fraser, counsel of record for Plaintiffs Stephen Mullican and Kelley Mullican. The Motion notes that other counsel will continue to represent Plaintiffs in this matter.

The Motion to Withdraw (Doc. No. 16) therefore is GRANTED.

IT IS SO ORDERED this 27th day of September, 2023.

CHARLES B. GOODWIN
United States District Judge