# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN and KELLEY MULLICAN,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>STATE FARM FIRE AND  )<br>  CASUALTY COMPANY,  )<br>)<br>Defendant.  ) | Case No. 5:23-cv-160-G |

## DEFENDANT'S NOTICE OF DOCUMENT SUBPOENAS DUCES TECUM

Please take notice that Defendant State Farm Fire and Casualty Company by and through its counsel of record, will issue and serve document subpoenas duces tecum to the following non-parties:

- Bernice Beall a/k/a Bernice White, individually and as trustee of the Bernice Beall Revocable Trust

- Ian's Enterprise LLC

- MYM Properties, LLC

- Service Master

- Service Master Restoration by RSI

- Valor Forensic Engineering LLC

- We Buy House, LLC

No testimony will be taken at this time pursuant to these subpoenas. This notice is provided pursuant to Local Civil Rule 45.1. Copies of the subpoenas are attached hereto.

1

Respectfully Submitted,

*s/ Andrew J. Morris*
Andrew J. Morris, OBA #31658
Peyton S. Howell, OBA #33917
McAfee & Taft A Professional Corp.
Eighth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone:     (405) 235-9621
Facsimile:      (405) 235-0439
andrew.morris@mcafeetaft.com
peyton.howell@mcafeetaft.com

***Attorneys for Defendant State Farm Fire and Casualty Company***