## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEPHEN MULLICAN and KELLEY MULLICAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-23-160-G |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

Plaintiffs Stephen Mullican and Kelley Mullican and Defendant State Farm Fire and Casualty Company (the "Parties") jointly request that the Court issue an Order extending deadlines in the above-styled case by approximately sixty (60) days. In support of this Joint Motion, the parties state as follows:

1.   A Scheduling Order [ECF No. 13] was entered in this case on May 10, 2023.

2.   Since that time, the parties have exchanged written discovery, produced documents, and have scheduled the depositions of Plaintiff Stephen Mullican and Plaintiff Kelley Mullican. Additionally, the parties are in the process of scheduling other necessary fact and expert witness depositions, including relevant claim-handling persons identified by Plaintiffs. The parties have also engaged in and believe they have completed nonparty written discovery.

3.   The parties have worked diligently and in good faith to complete written discovery and depositions—including by conferring and reaching agreement regarding

various document disputes to keep from needing to brief such issues for the Court's resolution. However, the Parties do not believe they will be able to complete necessary discovery under the current deadlines due to accidental and unforeseen scheduling mistakes which the parties' counsels have worked in good faith together to remedy without needing to burden the Court. Additionally, at least two nonparty witnesses who need to be deposed have indicated that they are not available until January 2024—which is after the dispositive motion deadline. This unavailability is not the fault of the parties, and it has arisen despite Defendant's counsel contacting the nonparties in what counsel believed would be ample time to schedule the depositions in 2023.

4.      This is the first request to extend scheduling order deadlines in this case. No prior requests have been submitted by either party. This joint request for extension is sought in good faith and is not intended to delay, but rather to aid in the prompt, effective resolution of this matter, and to allow the parties additional time to complete discovery and work together towards a resolution of this litigation. Indeed, the parties currently are engaged in communications about the potential resolution of this case via settlement which they are both optimistic regarding.

5.      The following chart provides the current unexpired Scheduling Order [ECF No. 13] dates together with proposed deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Opinion Witness Lists and Materials | <u>Plaintiffs:</u><br>11/20/2023<br><u>Defendant:</u><br>21 days thereafter | <u>Plaintiffs:</u><br>1/19/2024<br><u>Defendant:</u><br>21 days thereafter |
| Witness and Exhibit Lists | <u>Plaintiffs:</u><br>12/5/2023<br><u>Defendant:</u><br>14 days thereafter | <u>Plaintiffs:</u><br>2/3/2024<br><u>Defendant:</u><br>14 days thereafter |
| Objections to Exhibits | 14 days thereafter | 14 days thereafter |
| Dispositive and *Daubert* Motions Filed | 1/2/2024 | 3/2/2024 |
| Discovery to Conclude | 2/1/2024 | 4/1/2024 |
| Designation of Deposition Testimony | 3/11/2024 | 5/10/2024 |
| Objections to and Counter Designations of Deposition Testimony | 3/18/2024 | 5/17/2024 |
| Objections to Counter Designations of Deposition Testimony | 3/25/2024 | 5/24/2024 |
| Submission to Court of Depositions to be Used at Trial | 4/1/2024 | 5/31/2024 |
| Submission to Court of Proposed Orders on Objections to Deposition Designations and Counter Designations | 4/1/2024 | 5/31/2024 |
| Final Pretrial Report | 3/11/2024 | 5/10/2024 |
| Pretrial Submissions | 3/11/2024 | 5/10/2024 |
| Objections to Pretrial Submissions | 3/18/2024 | 5/17/2024 |
| Trial Docket | 4/9/2024 | 6/8/2024 |

6.    A proposed Order granting the requested approximately-sixty-day extension is being contemporaneously submitted to the Court.

Respectfully Submitted,

*s/ Terry McKeever*
*(Submitted by filing attorney with*
*permission of above-indicated attorney)*
Terry McKeever, OBA # 21751
S. Alex Yaffe, OBA # 21063
Foshee & Yaffe Law Firm
P.O. Box 890420
Oklahoma City, OK 73189
Telephone:        (405) 632-6668
Facsimile:        (405) 632-3036
ay@fylaw.com
tmm@fylaw.com

**Attorneys for Plaintiffs Stephen Mullican**
**and Kelley Mullican**

*s/ Peyton S. Howell*
Andrew J. Morris, OBA # 31658
Peyton S. Howell, OBA # 33917
McAfee & Taft A Professional Corp.
Eighth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone:        (405) 235-9621
Facsimile:        (405) 235-0439
andrew.morris@mcafeetaft.com
peyton.howell@mcafeetaft.com

**Attorneys for Defendant State Farm**
**Fire and Casualty Company**