# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN and KELLY MULLICAN,  *Plaintiffs*,  v.  STATE FARM FIRE AND CASUALTY COMPANY,  *Defendant*. | )))))))))))) Case No. 5:23-cv-00160-G |

## NOTICE OF PLAINTIFFS' EXPERT DESIGNATIONS/REPORTS

Plaintiffs Stephen Mullican and Kelly Mullican hereby notify the Court that on November 20, 2023, Plaintiffs served on Defendant Plaintiffs' Designation of Expert Witnesses/Reports pursuant to the Court's Order. *See* Dkt. No. 13 at 1.

Respectfully submitted,

*/s/Terry M. McKeever*
Terry M. McKeever, OBA #21751
tmm@fylaw.com

**FOSHEE & YAFFE LAW FIRM**
P.O. Box 890420
Oklahoma City, OK 73189
Telephone:   (405) 632-6668
Facsimile:   (405) 632-3036

Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com

-AND-

**DUGAS & CIRCELLI, PLLC**
170 I River Run, Suite 703
Fort Worth, Texas 76107

           Telephone: (817) 945-3061
           Facsimile: (682) 219-0761

             **ATTORNEY FOR PLAINTIFFS**