# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STEPHEN MULLICAN and KELLEY MULLICAN,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) Case No. CIV-23-160-G |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | ) ) ) ) |
| **Defendant.** | ) ) |

## AMENDED SCHEDULING ORDER

Now before the Court is the parties' Joint Motion for Extension of Scheduling Order Deadlines (Doc. No. 22), requesting a 60-day extension of all remaining deadlines set forth in the current Scheduling Order (Doc. No. 13).

For good cause shown, the Joint Motion (Doc. No. 22) is granted. The Court hereby imposes the following schedule in place of the prior schedule:

| EVENT | DEADLINE |
|---|---|
| *Expert Opinion Witness Lists and Materials*: The parties shall serve and file all disclosures or amended disclosures required by Fed. R. Civ. P. 26(a)(2), excepting those falling within Rule 26(a)(2)(D)(ii).  Reports required under Rule 26(a)(2)(B) should not be filed. | Plaintiff: January 19, 2024<br><br>Defendant: 21 days thereafter |
| *Witness and Exhibit Lists*: The parties shall serve and file the disclosures or amended disclosures required by Fed. R. Civ. P. 26(a)(3)(A)(i) and (iii). | Plaintiff: February 6, 2024<br><br>Defendant: 14 days thereafter |
| *Objections to Exhibits*: Each party shall serve and file all objections to exhibits as permitted under Fed. R. Civ. P. 26(a)(3)(B). | 14 days after disclosure |
| Dispositive and *Daubert* motions to be filed. | March 1, 2024 |
| Discovery to conclude. | April 1, 2024 |

| | |
|---|---|
| *Designations of Deposition Testimony*: Each party shall serve and file the disclosures required by Fed. R. Civ. P. 26(a)(3)(A)(ii). | May 13, 2024 |
| *Objections to and Counter-Designations of Deposition Testimony*: Each party shall serve and file any objection to deposition testimony as permitted under Fed. R. Civ. P. 26(a)(3)(B), as well as designations of deposition testimony that will be offered solely to rebut deposition testimony that has been designated by another party. | May 20, 2024 |
| *Objections to Counter-Designations of Deposition Testimony*: Each party shall serve and file any objection to counter-designated deposition testimony as permitted under Fed. R. Civ. P. 26(a)(3)(B). | May 27, 2024 |
| *Submission to Court of Depositions to be Used at Trial*: The parties shall submit to the Court a transcript of any deposition listed for use at trial.  The party that initially listed the deposition shall mark the transcript as follows: (a) initially-designated testimony shall be highlighted in yellow; (b) counter-designated testimony shall be highlighted in blue; and (c) testimony that is the subject of an objection shall be underlined, with the basis for the objection briefly noted in the margin. | June 3, 2024 |
| *Submission to Court of Proposed Orders on Objections to Deposition Designations and Counter-Designations*: The parties shall submit proposed orders in conjunction with any objections to designations or counter-designations of deposition testimony. The proposed orders shall be submitted by the party raising the objections and shall be submitted in Word format to goodwin-orders@okwd.uscourts.gov.  Specifically, each proposed order shall identify the deponent and list the page and line numbers associated with each objection. | June 3, 2024 |
| *Final Pretrial Report*: The parties shall file a proposed Final Pretrial Report approved by all counsel and in full compliance with all applicable Local Rules and Chambers Rules, along with a proposed order approving the Report. | May 13, 2024 |
| *Pretrial Submissions*: Each party may file trial briefs, non-*Daubert* motions in limine, proposed voir dire, and proposed jury instructions and verdict forms.  Voir dire, jury instructions, and verdict forms shall additionally be submitted in Word format to goodwin-orders@okwd.uscourts.gov. | May 13, 2024 |
| *Objections to Pretrial Submissions*: Any objection or responses to the trial submissions referenced above shall be filed within | |

| | |
|---|---|
| seven (7) days. Replies, if warranted, shall be filed within three (3) days. | |
| Parties in civil cases will be expected to have engaged in private mediation or a judicial settlement conference, or to have been expressly excused by the Court from that requirement, prior to docket call. | |
| Trial Docket | June 11, 2024 |

IT IS SO ORDERED this 29th day of November, 2023.

*Charles B. Godwin*
CHARLES B. GOODWIN
United States District Judge