## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEPHEN MULLICAN and KELLEY MULLICAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:23-cv-160-G |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S NOTICE OF DOCUMENT SUBPOENA DUCES TECUM

Please take notice that Defendant State Farm Fire and Casualty Company by and through its counsel of record, will issue and serve a document subpoena duces tecum to the following non-party: Duane Smith

No testimony will be taken pursuant to this subpoena, but Defendant may command testimony of this witness via separate subpoena served on him at a different time. This notice is provided pursuant to Local Civil Rule 45.1. A copy of the subpoena is attached hereto.

Respectfully Submitted,


*s/ Andrew J. Morris*

Andrew J. Morris, OBA #31658

Peyton S. Howell, OBA #33917

McAfee & Taft A Professional Corp.

Eighth Floor, Two Leadership Square

211 North Robinson Ave.

Oklahoma City, OK 73102

Telephone:        (405) 235-9621

Facsimile:         (405) 235-0439

andrew.morris@mcafeetaft.com

peyton.howell@mcafeetaft.com

**Attorneys for Defendant State Farm**
**Fire and Casualty Company**