✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

| Stephen Mullican & Kelly Mullican | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| State Farm Fire and Casualty Co. | Case Number:  5:23-cv-00160-G |

| PRESIDING JUDGE<br>Charles B. Goodwin | PLAINTIFF'S ATTORNEY<br>Preston J. Dugas; Terry McKeever | DEFENDANT'S ATTORNEY<br>Andrew J. Morris |
|---|---|---|
| TRIAL DATE (S)<br>7/11/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/6/2024 | | | Stephen Mullican - knowledge of the claim and the value of property. Will call. |
| 2 | | 2/6/2024 | | | Kelly Mulican - Knowledge of the claim. Will call. |
| 3 | | 2/6/2024 | | | Ian Rupert - Knowledge of the claim, its handling, the damage, and cost of damages. May call. |
| 4 | | 2/6/2024 | | | Chad T. Williams - Plaintiffs' engineer with knoewldge of the damage. Will call |
| 5 | | 2/6/2024 | | | Duane Smith - Plaintiffs' retained damages expert with knowledge of the cost of damages. Will call |
| 6 | | 2/6/2024 | | | Defendants' Corporate Representative - Knowledge of the claim, policy, claim guidelines. May call. |
| 7 | | 2/6/2024 | | | Hali Goss - Claim Specialist for Defendant with knowledge of the claim and handling. May Call |
| 8 | | 2/6/2024 | | | Ryan Allen with ServiceMaster Restoration by RSI with knowldge of the damages and costs. May ca |
| 9 | | 2/6/2024 | | | Brandon Moyer with ServiceMaster Restoration by RSI with knowldge of the damages and costs. M |
| 10 | | 2/6/2024 | | | Brent Welborn with ServiceMaster Restoration by RSI with knowldge of the damages and costs. Ma |
| 11 | | 2/6/2024 | | | Any witness needed to authenticate documents |
| 12 | | 2/6/2024 | | | Any witness listed by Defendant and not objected to by Plaintiff. |
| | | | | | Start of Exhibit List |
| 1 | | 2/6/2024 | | | Mullicans' Proof of Loss, dated February 13, 2021  (Mullican-SF_02357-02359) - Will Offer |
| 2 | | 2/6/2024 | | | Mullicans' Request for Full Payment , dated June 23, 2021  (Mullican-SF_00514-00510) - Will Offer |
| 3 | | 2/6/2024 | | | Fire Department Report (Mullican-SF_02266-62269) - Will Offer |
| 4 | | 2/6/2024 | | | State Farm's Authority Request, dated November 7, 2020  (Mullican-SF_01192) - Will Offer |
| 5 | | 2/6/2024 | | | State Farm's Summary of Loss/Payment, dated November 7, 2020 (Mullican-SF_01194) - Will Offer |
| 6 | | 2/6/2024 | | | Mullicans' letter regarding Claim, dated September 29, 2021 (Mullican-SF_00496-00497) - Will Offe |
| 7 | | 2/6/2024 | | | Request for tolling agreement, September 2021 (Mullican-SF_00498-00499) - May Offer |
| 8 | | 2/6/2024 | | | Mullicans' Claim Settlement Duties, dated June 23, 2021 (Mullican-SF_00511-00514) - May Offer |
| 9 | | 2/6/2024 | | | Mullicans' Claim Settlement Duties, dated June 23, 2021 (Mullican-SF_00511-00514) - May Offer |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

✎AO 187A (Rev. 7/87)                     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Stephen Mullican & Kelly Mullican | | vs. | State Farm Fire and Casualty Co. | | CASE NO. 5:23-cv-00160-G | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 10 | | 2/6/2024 | | | Claim File – Facts of Loss (Mullican-SF_00053) - May Offer | |
| 11 | | 2/6/2024 | | | Letter to State Farm re Chad Williams' Engineer Report (Mullican-SF_00874) - May Offer | |
| 12 | | 2/6/2024 | | | Coverage Decision, dated November 13, 2020 (Mullican-SF_00697) - May Offer | |
| 13 | | 2/6/2024 | | | Partial Decision Letter for Contents, dated March 30, 2021 (Mullican-SF_00660) - May Offer | |
| 14 | | 2/6/2024 | | | Photographs of Property Damage (Mullican-SF_02023-02223, 02233-02240, 05228-05363) - Will Offer | |
| 15 | | 2/6/2024 | | | 3D Matterport of Damage to Property (accessible via link at Mullican-SF_00496) - Will Offer | |
| 16 | | 2/6/2024 | | | Chad T. Williams' inspection photographs (Mullican-SF_02274-02285) - Will Offer | |
| 17 | | 2/6/2024 | | | Ian Rupert's property and contents photographs (Mullican-SF_02530-02702) - Will Offer | |
| 18 | | 2/6/2024 | | | Duane Smith's estimate of damages, dated November 20, 2023 (SMITH_000011-000042) - Will Offer | |
| 19 | | 2/6/2024 | | | Ian's Enterprise, LLC Estimate, dated February 13, 2021 (Mullican-SF_02431-02529) - May Offer | |
| 20 | | 2/6/2024 | | | Summary of Loss Report, dated May 10, 2021 (Mullican-SF_00651-00652) - May Offer | |
| 21 | | 2/6/2024 | | | Claim File – Initial Contents List, dated October 27, 2020 (Mullican-SF_05225) - Will Offer | |
| 22 | | 2/6/2024 | | | Claim File – Contents List, dated November 3, 2020 (Mullican-SF_05225) - Will Offer | |
| 23 | | 2/6/2024 | | | Claim File – Contents List, dated November 6, 2020 (Mullican-SF_05219) - Will Offer | |
| 24 | | 2/6/2024 | | | State Farm re ALE after 4/16/2021, dated January 27, 2021 (Mullican-SF_00668-00669) - May Offer | |
| 25 | | 2/6/2024 | | | Letter re Housing Complaint, dated October 12, 2021 (Mullican-SF_00808-00813) - May Offer | |
| 26 | | 2/6/2024 | | | Insurance Complaint, dated October 13, 2021 (Mullican-SF_01264-01268) - May Offer | |
| 27 | | 2/6/2024 | | | Certified Policy, Policy No. 36-BA-T910-7 (Mullican-SF_000001-000051) - Will Offer | |
| 28 | | 2/6/2024 | | | Claim File – Coverage discussion (Mullican-SF_00082-00083) - May Offer | |
| 29 | | 2/6/2024 | | | Claim File – Coverage B over $100,000, withhold payment (Mullican-SF_00097) - May Offer | |
| 30 | | 2/6/2024 | | | Claim File – CCT Assignment Summary (Mullican-SF_00098) - May Offer | |
| 31 | | 2/6/2024 | | | Email regarding comparable property, dated November 17, 2020 (Mullican-SF_00693) - May Offer | |
| 32 | | 2/6/2024 | | | Claim File - Raised claim issues (Mullican-SF_01129-01139) | |
| 33 | | 2/6/2024 | | | Entire Claim File for Claim No. 36-12N4-32Q (including all relevant portions, like Claim Notes, Own | |
| 33 | | 2/6/2024 | | | Exhibits to Proof of Loss submitted to State Farm (Mullican-SF_01294-01330) - May Offer | |
| 34 | | 2/6/2024 | | | State Farm Fire and Casualty Company's Underwriting File for the Property - May Offer | |
| 35 | | 2/6/2024 | | | Chad T. Williams' Engineer Report (Mullican-SF_02251-02261) - May Offer | |

Page   2   of   3   Pages

✏AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Stephen Mullican & Kelly Mullican   VS.   State Farm Fire and Casualty Co.   CASE NO. 5:23-cv-00160-G |
| 36 | | 2/6/2024 | | | Chad T. Williams' CV  (Mullican-SF_02341-02344) - May Offer |
| 37 | | 2/6/2024 | | | Duane Smith's Report, dated November 20, 2023 (SMITH_000001-000005) - May Offer |
| 38 | | 2/6/2024 | | | Duane Smith's CV (SMITH_000007-000009) - May Offer |
| 39 | | 2/6/2024 | | | Native versions of any photograph listed in Plaintiffs' Exhibit and/or Defendant's Exhibit List. - Will Offer |
| 40 | | 2/6/2024 | | | Any exhibits listed by Defendant and not objected to by Plaintiffs. |
| | | | | | Plaintiffs retain the right to supplement Plaintiffs' exhibit and witness list as discovery is ongoing. |

Page    3    of    3    Pages