IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN AND KELLEY MULLICAN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. CIV-23-160-G |
| STATE FARM FIRE AND CASUALTY COMPANY, ) ) ) ) | |
| Defendant. ) | |

## DEFENDANT'S LIST OF EXPERT WITNESSES

Pursuant to the Court's Amended Scheduling Order [ECF No. 25] and Federal Rule of Civil Procedure 26(a)(2)(A), Defendant State Farm Fire and Casualty Company discloses the following individual(s) whom Defendant expects will testify at trial:

1. Richard Windham, Unified Building Sciences & Engineering, Inc.

*Rule 26(a)(2)(B) report disclosing scope and content of expected expert testimony and opinions to be provided to Plaintiff's counsel separately.*

Defendant reserves its right to call any additional expert witnesses in rebuttal as needed and as allowed by the Court.

Respectfully submitted,

*s/ Andrew J. Morris*
Andrew J. Morris, OBA #31658
Peyton S. Howell, OBA #33917
McAfee & Taft, a Professional Corporation
8th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Telephone:   (405) 235-9621
Facsimile:    (405) 235-0439
andrew.morris@mcafeetaft.com
peyton.howell@mcafeetaft.com

***Attorneys for Defendant State Farm Fire and Casualty Company***