# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN AND KELLEY MULLICAN,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-23-160-G<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S WITNESS LIST

Defendant State Farm Fire and Casualty Company submits its witness list pursuant to the Amended Scheduling Order [ECF No. 25] in this action. Defendant reserves the right to request leave of the Court to supplement this list—including via inclusion of witnesses in the proposed Pretrial Report—because discovery is not yet complete.

| No. | Name | Anticipated Testimony |
|---|---|---|
| 1. | Plaintiff Stephen Mullican<br>c/o Plaintiffs' counsel | Deposed.<br>*Expected to be called.* |
| 2. | Plaintiff Kelley Mullican<br>c/o Plaintiffs' counsel | Deposed.<br>*Expected to be called.* |
| 3. | Hali Goss<br>c/o McAfee & Taft | Deposition scheduled. Basis for and service of Plaintiffs' insurance claim and inspection of Plaintiffs' property. To be deposed.<br>*Expected to be called.* |

| | | |
|---|---|---|
| 4. | Richard Windham<br>c/o McAfee & Taft | Testimony consistent with the opinions within his Rule 26(a)(2)(B) report regarding his expected expert testimony, as well as response and rebuttal to other fact and expert witnesses.<br><br>*Expected to be called.* |
| 5. | Corporate Representative of State Farm<br>c/o McAfee & Taft | Contractual relationship between Plaintiffs and State Farm; service of Plaintiffs' insurance claim; limitations on Plaintiffs' claimed damages; and explanation of the application of Plaintiffs' insurance policy to their claimed loss.<br><br>*Expected to be called.* |
| 6. | Jack Buben<br>c/o McAfee & Taft | Basis for and service of Plaintiffs' insurance claim.<br><br>*To be called if the need arises.* |
| 7. | Bruce Godwin or<br>Corporate Representative of ServiceMaster Restoration<br>4335 North Santa Fe Ave<br>Oklahoma City, OK 73118 | Basis for and service of Plaintiffs' insurance claim.<br><br>*Expected to be called.* |
| 8. | Tommy Scott<br>Scott & Associates Fire Investigations<br>2353 Houston Ave<br>Norman, OK 73071 | Basis for Plaintiffs' insurance claim.<br><br>*To be called if the need arises.* |
| 9. | Bernice Beall a/k/a Bernice White<br>6500 S. County Line Rd<br>Oklahoma City, OK 73169 | Basis for Plaintiffs' claims.<br><br>*To be called if the need arises.* |

| | | |
|---|---|---|
| 10. | Corporate Representative of We Buy Houses, LLC a/k/a Sell My Fixer Upper 2270 Industrial Blvd. Norman, OK 73069 | Repairs and replacements made to Plaintiffs' property after sale of the same. *To be called if the need arises.* |
| 11. | Corporate Representative of MYM Properties, LLC C1501 SW 52nd St. Oklahoma City, OK 73119 | Repairs and replacements made to Plaintiffs' property after sale of the same. *To be called if the need arises.* |
| | Records custodians necessary to authenticate exhibits absent stipulation. | Authentication of documents. *To be called if the need arises.* |
| | All persons included in Plaintiffs' Witness List [ECF No. 27] not objected to by State Farm. | Basis for Plaintiffs' claims in this litigation and claims and defenses of the parties. *To be called if the need arises.* |
| | Witnesses necessary for impeachment or rebuttal | Impeachment of Plaintiffs' witnesses and exhibits or rebuttal of the same. *To be called if the need arises.* |

Respectfully submitted,

*s/ Andrew J. Morris*
Andrew J. Morris, OBA #31658
Peyton S. Howell, OBA #33917
McAfee & Taft, a Professional Corporation
8th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Telephone:   (405) 235-9621
Facsimile:    (405) 235-0439
andrew.morris@mcafeetaft.com
peyton.howell@mcafeetaft.com

**Attorneys for Defendant State Farm Fire and Casualty Company**