IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN AND KELLEY MULLICAN,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND<br>   CASUALTY COMPANY,<br><br>    Defendant. | Case No. CIV-23-160-G |

**DEFENDANT'S EXHIBIT LIST**

Defendant State Farm Fire and Casualty Company submits its exhibit list pursuant to the Amended Scheduling Order [ECF No. 25] in this action. Defendant reserves the right to request leave of the Court to supplement this list—including via inclusion of exhibits in the proposed Pretrial Report—because discovery is not yet complete. By listing any exhibits below, State Farm is not agreeing to admissibility or relevancy of any particular document or the information included therein, but is erring on the side of greater inclusion in this listing to ensure notice is provided to Plaintiffs. Some Exhibits may be included only because of their potential use for impeachment and State Farm does not otherwise agree that such exhibits should be admitted. All documents which may be used for impeachment have not been included.

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 1. | Insurance policy in effect during the policy period of November 1, 2019 to November 1, 2020 | Mullican-SF_00001-00051 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 2. | Insurance claim file summary prepared by State Farm | Mullican-SF_00052-00075 |
| 3. | Insurance claim notes prepared by State Farm | Mullican-SF_00076-00130 |
| 4. | Insurance claim notes generated by internal State Farm system | Mullican-SF_00130-00218 |
| 5. | Insurance claim bookmarks for claim 36-12N4-32Q prepared by State Farm | Mullican-SF_00219-00220 |
| 6. | Insurance claim fire request review prepared by State Farm | Mullican-SF_00221-00246 |
| 7. | Insurance claim payment settlement prepared by State Farm | Mullican-SF_00249-00251 |
| 8. | Document List Details Report for Claim 36-12N4-32Q | Mullican-SF_00253-00452 |
| 9. | October 29, 2021 correspondence to Oklahoma Insurance Department from State Farm | Mullican-SF_00488-00490 |
| 10. | October 15, 2021 correspondence to Ian's Enterprise LLC from State Farm | Mullican-SF_00491 |
| 11. | September 29, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_00494 |
| 12. | September 29, 2021 correspondence to State Farm from Ian's Enterprise LLC | Mullican-SF_00496-00497 |
| 13. | Email correspondence between State Farm and Ian's Enterprise LLC | Mullican-SF_00498-00504 |
| 14. | June 28, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_00508-0509 |
| 15. | June 23, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_00529-00531 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 16. | Email correspondence from State Farm to Ian's Enterprise LLC enclosing Plaintiffs' insurance policy | Mullican-SF_00532-00579 |
| 17. | June 1, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_00580-00581 |
| 18. | May 28, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_00582-00583 |
| 19. | Email correspondence from State Farm to Ian's Enterprise LLC enclosing screenshot of ServiceMaster Payment | Mullican-SF_00584-00585 |
| 20. | Email correspondence from State Farm to Ian's Enterprise LLC enclosing Loss Settlement policy language | Mullican-SF_00586-00587 |
| 21. | Email correspondence from State Farm to Ian's Enterprise LLC enclosing April 16, 2021 Summary of Loss | Mullican-SF_00588-00590 |
| 22. | Email correspondence from State Farm to Ian's Enterprise LLC enclosing State Farm Estimate | Mullican-SF_00591-00644 |
| 23. | Email correspondence from State Farm to Ian's Enterprise LLC enclosing structure payment documentation | Mullican-SF_00645-00647 |
| 24. | May 6, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_00648-00649 |
| 25. | May 6, 2021 Summary of Loss prepared by State Farm | Mullican-SF_00650-00652 |
| 26. | April 16, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_00653-00654 |
| 27. | Email correspondence between State Farm and Temporary Accommodations | Mullican-SF_00655-00656 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 28. | March 30, 2021 Summary of Loss prepared by State Farm | Mullican-SF_00658-00659 |
| 29. | Email correspondence between State Farm and Plaintiff Kelley Mullican | Mullican-SF_00660 |
| 30. | March 15, 2021 correspondence from State Farm to Temporary Accommodations | Mullican-SF_00661 |
| 31. | Email correspondence between State Farm and Ian's Enterprise LLC enclosing personal property inventory | Mullican-SF_00662-00666 |
| 32. | January 27, 2021 correspondence from State Farm to Plaintiffs | Mullican-SF_00667-00669 |
| 33. | Email correspondence from State Farm to Ian's Enterprise LLC enclosing January 12, 2021 Summary of Loss | Mullican-SF_00670-00672 |
| 34. | Email correspondence from State Farm to Ian's Enterprise LLC enclosing ALE payment | Mullican-SF_00676-00677 |
| 35. | Email correspondence from State Farm to Ian's Enterprise LLC enclosing invoices from Temporary Accommodations | Mullican-SF_00678-00681 |
| 36. | Email correspondence from State Farm to Plaintiffs enclosing Contents Estimate Summary Guide | Mullican-SF_00682-00688 |
| 37. | Email correspondence from State Farm to Plaintiffs enclosing EFT payment documentation | Mullican-SF_00689-00691 |
| 38. | Email correspondence between State Farm and Temporary Accommodations | Mullican-SF_00692-00693 |
| 39. | Email correspondence from State Farm to Plaintiffs enclosing November 13, 2020 State Farm Estimate | Mullican-SF_00694-00767 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 40. | November 13, 2020 Summary of Loss prepared by State Farm | Mullican-SF_00768-00769 |
| 41. | October 19, 2020 correspondence from State Farm to Scott & Associates Fire Investigations | Mullican-SF_00770-00774 |
| 42. | October 12, 2021 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_00808-00816 |
| 43. | September 29, 2021 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_00824-00829 |
| 44. | Email correspondence between State Farm and Ian's Enterprise LLC | Mullican-SF_00830-00831 |
| 45. | June 23, 2021 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_00855-00873 |
| 46. | June 17, 2021 correspondence from Ian's Enterprise LLC to State Farm enclosing Valor Engineer Report | Mullican-SF_00988-01099 |
| 47. | May 28, 2021 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_01106-01107 |
| 48. | May 25, 2021 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_01108-01109 |
| 49. | May 11, 2021 Summary of Loss Authority Requests prepared by State Farm | Mullican-SF_01110-01115 |
| 50. | May 11, 2021 Summary of Loss prepared by State Farm | Mullican-SF_01116-01118 |
| 51. | May 1, 2021 Summary of Loss Authority Request prepared by State Farm | Mullican-SF_01123-01125 |
| 52. | April 17, 2021 Summary of Loss Authority Request prepared by State Farm | Mullican-SF_01126-01128 |
| 53. | Reconciliation Report prepared by State Farm | Mullican-SF_01129-01139 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 54. | April 16, 2021 Summary of Loss prepared by State Farm | Mullican-SF_01140-01142 |
| 55. | March 22, 2021 Summary of Loss prepared by State Farm | Mullican-SF_01144-01146 |
| 56. | Summary of Loss Authority Request prepared by State Farm | Mullican-SF_01147-001148 |
| 57. | January 29, 2021 text message from Ian's Enterprise LLC to State Farm | Mullican-SF_001155-01156 |
| 58. | Invoices prepared by State Farm | Mullican-SF_01161-01170 |
| 59. | November 22, 2020 Summary of Loss Report prepared by State Farm | Mullican-SF_01171-01172 |
| 60. | November 22, 2020 Summary of Loss Report prepared by State Farm [2] | Mullican-SF_01173-01174 |
| 61. | November 22, 2020 Summary of Loss Report prepared by State Farm [3] | Mullican-SF_01175-01176 |
| 62. | November 22, 2020 Summary of Loss Report prepared by State Farm [4] | Mullican-SF_01177-01178 |
| 63. | November 9, 2020 Summary of Loss Reports prepared by State Farm | Mullican-SF_01179-1181 |
| 64. | November 9, 2020 Summary of Loss Reports prepared by State Farm [2] | Mullican-SF_01182-1184 |
| 65. | October 21, 2020 Scott & Associates Report with Analytical Forensics Attachments | Mullican-SF_01185-01190 |
| 66. | November 7, 2020 Summary of Loss Reports prepared by State Farm | Mullican-SF_01191-01192 |
| 67. | November 7, 2020 Summary of Loss Reports prepared by State Farm [2] | Mullican-SF_01193-01194 |
| 68. | November 7, 2020 Summary of Loss Reports prepared by State Farm [3] | Mullican-SF_01195-01196 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 69. | October 30, 2020 email correspondence from Xactware to State Farm | Mullican-SF_01197 |
| 70. | October 23, 2020 Summary Report prepared by ServiceMaster | Mullican-SF_01198-01263 |
| 71. | June 1, 2023 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_01784-01802 |
| 72. | May 29, 2021 email correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_01803-01804 |
| 73. | May 28, 2021 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_01805-01807 |
| 74. | May 13, 2021 correspondence from Temporary Accommodations to State Farm | Mullican-SF_01808 |
| 75. | May 6, 2021 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_01819-01821 |
| 76. | April 2021 email correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_01822-01825 |
| 77. | April 1, 2021 email correspondence from Temporary Accommodations to State Farm | Mullican-SF_01826 |
| 78. | March 31, 2021 email correspondence from Temporary Accommodations to State Farm | Mullican-SF_01827 |
| 79. | Email correspondence between Temporary Accommodations and State Farm regarding payment invoices | Mullican-SF_01828-01830 |
| 80. | March 2, 2021 email correspondence from Ian's Enterprise LLC to State Farm enclosing personal property spreadsheet | Mullican-SF_01831-01850 |
| 81. | February 11, 2021 email correspondence from Temporary Accommodations to State Farm | Mullican-SF_01851-01853 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 82. | February 10, 2021 email correspondence from Temporary Accommodations to State Farm | Mullican-SF_01854 |
| 83. | February 9, 2021 email correspondence from Temporary Accommodations to State Farm | Mullican-SF_01855-01857 |
| 84. | February 8, 2021 email correspondence from Temporary Accommodations to State Farm | Mullican-SF_01858 |
| 85. | February 8, 2021 email correspondence from Temporary Accommodations to State Farm [2] | Mullican-SF_01859 |
| 86. | February 5, 2021 email correspondence from Temporary Accommodations to State Farm | Mullican-SF_01860 |
| 87. | January 12, 2021 email correspondence from Temporary Accommodations to State Farm | Mullican-SF_01861-01863 |
| 88. | January 6, 2021 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_01864-01866 |
| 89. | January 6, 2021 correspondence from Ian's Enterprise LLC to State Farm [2] | Mullican-SF_01867-01868 |
| 90. | December 22, 2020 correspondence from ServiceMaster to State Farm | Mullican-SF_01869-01879 |
| 91. | November 25, 2020 invoice prepared by Temporary Accommodations | Mullican-SF_01880-01882 |
| 92. | November 17, 2020 email correspondence between Temporary Accommodations and State Farm regarding potential housing options | Mullican-SF_01883 |
| 93. | November 16, 2020 email correspondence between Temporary Accommodations and State Farm regarding potential housing options | Mullican-SF_01884 |
| 94. | November 11, 2020 email correspondence between Temporary Accommodations and State Farm regarding potential housing options | Mullican-SF_01885 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 95. | November 5, 2020 email correspondence between Temporary Accommodations and State Farm regarding potential housing options | Mullican-SF_01886 |
| 96. | November 5, 2020 email correspondence between Temporary Accommodations and State Farm regarding potential housing options [2] | Mullican-SF_01887 |
| 97. | November 3, 2020 email correspondence between Temporary Accommodations and State Farm regarding potential housing options | Mullican-SF_01888 |
| 98. | November 3, 2020 Tile Evaluation Report prepared by Itel, Inc. | Mullican-SF_01889-1906 |
| 99. | May 17, 2021 State Farm payment notification to Plaintiffs | Mullican-SF_01931-01932 |
| 100. | State Farm Estimate notification to Plaintiffs | Mullican-SF_01933 |
| 101. | May 6, 2021 State Farm payment notifications to Plaintiffs | Mullican-SF_01934-01937 |
| 102. | May 6, 2021 correspondence from State Farm to Plaintiffs | Mullican-SF_01938, 01941 |
| 103. | May 6, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_01939-01940, 01942-01945 |
| 104. | March 30, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_01946 |
| 105. | February 4, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_01947-01948 |
| 106. | January 30, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_01949 |
| 107. | January 27, 2021 correspondence from State Farm to Plaintiffs | Mullican-SF_01950-01951 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 108. | January 27, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_01952 |
| 109. | January 11, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_01955-01957 |
| 110. | January 10, 2021 correspondence from State Farm to Ian's Enterprise LLC | Mullican-SF_01958-01959 |
| 111. | January 10, 2021 correspondence from State Farm to Ian's Enterprise LLC [2] | Mullican-SF_01960 |
| 112. | November 30, 2021 correspondence from State Farm to Plaintiffs | Mullican-SF_01962-01965 |
| 113. | November 20, 2020 correspondence from State Farm to Plaintiffs | Mullican-SF_01966-01969 |
| 114. | November 13, 2020 State Farm stop payment notification to Plaintiffs | Mullican-SF_01970-01972 |
| 115. | November 13, 2020 State Farm payment notification to Plaintiffs | Mullican-SF_01973-01975 |
| 116. | November 13, 2020 correspondence from State Farm to Plaintiffs | Mullican-SF_01976-01979 |
| 117. | November 4, 2020 correspondence from State Farm to Plaintiffs | Mullican-SF_01980-01986 |
| 118. | October 20, 2020 correspondence from State Farm to Plaintiffs | Mullican-SF_01987-01988 |
| 119. | October 16, 2020 State Farm payment notification to Plaintiffs | Mullican-SF_01999-02000 |
| 120. | October 16, 2020 correspondence from State Farm to Plaintiffs | Mullican-SF_02001-02005 |
| 121. | October 16, 2020 correspondence from State Farm to Plaintiffs | Mullican-SF_02006-02007 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 122. | Receipt of loss report notification prepared by State Farm | Mullican-SF_02008-02009 |
| 123. | October 15, 2020 correspondence from State Farm to Plaintiffs | Mullican-SF_02010-02011 |
| 124. | March 22, 2021 email correspondence from Ian's Enterprise LLC to State Farm enclosing Photographs of Wedding Ring | Mullican-SF_02014-02015 |
| 125. | Exterior Scope Sheet | Mullican-SF_02016-02022 |
| 126. | Photographs of Plaintiffs' Property taken by State Farm | Mullican-SF_02023-02223 |
| 127. | Photographs of Plaintiffs' Property produced to State Farm by Plaintiffs | Mullican-SF_02225-02240 |
| 128. | Proof of Loss Report prepared by Ian's Enterprise LLC | Mullican-SF_02356-02704 |
| 129. | May 6, 2021 State Farm Estimate | Mullican-SF_02810-02862 |
| 130. | May 6, 2021 State Farm Estimate Draft | Mullican-SF_02863-02944 |
| 131. | April 16, 2021 State Farm Estimate Draft | Mullican-SF_02945-03099 |
| 132. | November 9, 2020 State Farm Estimate Draft | Mullican-SF_03100-03168 |
| 133. | November 6, 2020 State Farm Estimate Draft | Mullican-SF_03169-03306 |
| 134. | Estimate Audit Reports prepared by State Farm | Mullican-SF_03307-03516 |
| 135. | May 6, 2021 Labor and Materials Report prepared by State Farm | Mullican-SF_03517-03565 |
| 136. | April 16, 2021 Labor and Materials Report prepared by State Farm | Mullican-SF_03566-03642 |
| 137. | November 9, 2020 Labor and Materials Report prepared by State Farm | Mullican-SF_03643-03666 |
| 138. | November 6, 2020 Labor and Materials Report prepared by State Farm | Mullican-SF_03667-03714 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 139. | May 6, 2021 Price List Variation Usage Report prepared by State Farm | Mullican-SF_03715-03755 |
| 140. | April 16, 2021 Price List Variation Usage Report prepared by State Farm | Mullican-SF_03756-03802 |
| 141. | November 9, 2020 Price List Variation Usage Report prepared by State Farm | Mullican-SF_03803-03806 |
| 142. | November 6, 2020 Price List Variation Usage Report prepared by State Farm | Mullican-SF_03807-03814 |
| 143. | Sketch Summary Report prepared by State Farm | Mullican-SF_03815-03830 |
| 144. | October 22, 2020 Eagle View ClaimsReady Report prepared for State Farm | Mullican-SF_03831-03845 |
| 145. | October 16, 2020 Eagle View ClaimsReady Report prepared for State Farm | Mullican-SF_03846-03860 |
| 146. | March 30, 2021 Contents Report prepared by State Farm | Mullican-SF_03899-03943 |
| 147. | March 22, 2021 Contents and Age Summary Reports prepared by State Farm | Mullican-SF_03944-04033 |
| 148. | November 30, 2020 Contents and Age Summary Reports prepared by State Farm | Mullican-SF_04034-04044 |
| 149. | November 22, 2020 Contents and Age Summary Reports prepared by State Farm | Mullican-SF_04045-04055 |
| 150. | November 4, 2020 Contents and Age Summary prepared by State Farm | Mullican-SF_04056-04075 |
| 151. | March 30, 2021 Change Report prepared by State Farm | Mullican-SF_04076-04108 |
| 152. | March 22, 2021 Change Report prepared by State Farm | Mullican-SF_04109-04230 |
| 153. | November 30, 2020 Change Report prepared by State Farm | Mullican-SF_04231-04240 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 154. | November 22, 2020 Change Report prepared by State Farm | Mullican-SF_04241-04250 |
| 155. | March 20, 2021 Payment Worksheet prepared by State Farm | Mullican-SF_04251-04278 |
| 156. | November 30, 2020 Payment Worksheet prepared by State Farm | Mullican-SF_04279-04284 |
| 157. | November 4, 2020 Payment Worksheet prepared by State Farm | Mullican-SF_04285-04290 |
| 158. | March 30, 2021 Estimated RC Benefit Amounts Remaining Report prepared by State Farm | Mullican-SF_04575-04599 |
| 159. | November 30, 2020 Estimated RC Benefit Amounts Remaining Report prepared by State Farm | Mullican-SF_04600-04604 |
| 160. | November 4, 2020 Estimated RC Benefit Amounts Remaining Report prepared by State Farm | Mullican-SF_04605-04608 |
| 161. | Payment Worksheet Draft Reports prepared by State Farm | Mullican-SF_04609-04849 |
| 162. | February 15, 2021 correspondence from Ian's Enterprise LLC to State Farm | Mullican-SF_04850-05020 |
| 163. | November 2, 2020 Analytical Test Report with Attachments from Scott & Associates | Mullican-SF_05022-05028 |
| 164. | Copy of Plaintiffs' Policy with State Farm | Mullican-SF_05029-05075 |
| 165. | Estimate Audit Summary Reports prepared by ServiceMaster | Mullican-SF_05084-05111 |
| 166. | Estimate Draft Report prepared by ServiceMaster RSI | Mullican-SF_05112-05162 |
| 167. | Sketch Reports prepared by ServiceMaster | Mullican-SF_05196-05203 |
| 168. | LexisNexis Fire Report Invoice obtained by State Farm | Mullican-SF_05204-05208 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 169. | Pictometry Aerial Photographs of Plaintiffs Property obtained by State Farm | Mullican-SF_05209-05218, 05228-05229 |
| 170. | Staff Estimate Photos obtained by State Farm | Mullican-SF_05230-05363 |
| 171. | Public Adjuster Contract between Ian's Enterprise LLC and Plaintiffs | IELLC Production PKG 37-44 |
| 172. | 11/24/2020-1/26/2024 Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | IELLC Production PKG 55-56 |
| 173. | 6/9/2021-10/19/2021 Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | IELLC Production PKG 57-58 |
| 174. | 5/19/2021-6/8/2021 Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | IELLC Production PKG 59-60 |
| 175. | 4/13/2021-5/18/2021 Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | IELLC Production PKG 61-62 |
| 176. | 11/24/2020-4/12/2021 Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | IELLC Production PKG 63-66 |
| 177. | 11/24/2020-4/8/2021 Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | IELLC Production PKG 67-70 |
| 178. | Calls with Insureds (since 02/26/2022) Notes prepared by Ian's Enterprise LLC | IELLC Production PKG 145-150 |
| 179. | Calls with State Farm Notes prepared by Ian's Enterprise LLC | IELLC Production PKG 151-188 |
| 180. | Calls with Valor Notes prepared by Ian's Enterprise LLC | IELLC Production PKG 193-195 |
| 181. | Text Messages between Ian's Enterprise LLC and Plaintiffs | IELLC Production PKG 197-292 |
| 182. | Text Messages between Ian's Enterprise LLC and Plaintiffs (since 02/27/2022) | IELLC Production PKG 293-321 |
| 183. | Text Messages between Ian's Enterprise LLC and State Farm | IELLC Production PKG 323 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 184. | Text Messages between Ian's Enterprise LLC and Chad Williams | IELLC Production PKG 325-328 |
| 185. | Text Messages between Ian's Enterprise LLC and Daron Hoggatt | IELLC Production PKG 329-340 |
| 186. | Text Messages between Ian's Enterprise LLC and Justin Gentry | IELLC Production PKG 341-343 |
| 187. | Text Messages between Ian's Enterprise LLC and Doreen Rupert | IELLC Production PKG 345-348 |
| 188. | October 4, 2021 email correspondence between Plaintiffs and Ian Enterprise LLC | IELLC Production PKG 2175-2176 |
| 189. | Copy of Plaintiffs' Insurance Policy with State Farm | MULLICAN_217_270 |
| 190. | February 5, 2021 Recording of Outbound Call from Ian's Enterprise LLC to State Farm | 20210205_1603_(405)622-8721_(405)446-5023_Outbound_Call_connected_Recording.mp3 |
| 191. | February 9, 2021 Recording of Inbound Call from State Farm to Ian's Enterprise LLC | 20210209_1105_(405)446-5023_(405)622-8721_Inbound_Accepted_Recording.mp3 |
| 192. | February 15, 2021 Recording of Voicemail from State Farm to Ian's Enterprise LLC | 20210215_0856_(405)446-5023_(405)622-8721_Inbound_Voicemail_Message.mp3 |
| 193. | March 22, 2021 Recording of Inbound Call from State Farm to Ian's Enterprise LLC | 20210322_1502_(405)446-5023_(405)622-8721_Inbound_Accepted_Recording.mp3 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 194. | March 25, 2021 Recording of Inbound Call from State Farm to Ian's Enterprise LLC | 20210330_0922_(405)446-5023_(405)622-8721_Inbound_Accepted_Recording.mp3 |
| 195. | May 5, 2021 Recording of Voicemail from Ian's Enterprise LLC to State Farm | 0210505_1653_(405)622-8721_(405)446-5023_Outbound_Call_connected_Recording.mp3 |
| 196. | May 6, 2021 Recording of Inbound Call from State Farm to Ian's Enterprise LLC | 20210506_1332_(405)446-5023_(405)622-8721_Inbound_Accepted_Recording.mp3 |
| 197. | May 6, 2021 Recording of Inbound Call from State Farm to Ian's Enterprise LLC | 20210506_1626_(405)446-5023_(405)622-8721_Inbound_Accepted_Recording.mp3 |
| 198. | May 14, 2021 Recording of Inbound Call from State Farm to Ian's Enterprise LLC | 20210514_1113_(405)446-5023_(405)622-8721_Inbound_Accepted_Recording.mp3 |
| 199. | June 3, 2021 Recording of Inbound Call from Valor Forensic Services to Ian's Enterprise LLC | 20210603_1539_(918)995-0359_(405)622-8721_Inbound_Accepted_Recording.mp3 |
| 200. | July 6, 2021 Recording of Inbound Call from Valor Forensic Services to Ian's Enterprise LLC | 20210607_1734_(918)995-0359_(405)622-8721_Inbound_Accepted_Recording.mp3 |
| 201. | March 21, 2022 Recording of Outbound Call to Plaintiffs from Ian's Enterprise LLC | 20220213_0952_(405)622-5635_(405)570-1087_Outbound_Call_connected_Recording.mp3 |

| No. | Exhibit Description | Exhibit Location |
|---|---|---|
| 202. | April 6, 2022 Recording of Outbound Call to Plaintiffs from Ian's Enterprise LLC | 20220604_1637_(405)622-5635_(405)570-1087_Outbound_Call_connected_Recording.mp3 |
| 203. | Expert Report of Richard Windham with Accompanying Materials | |
| 204. | Documents received via Subpoena Duces Tecum from We Buy Homes LLC aka Sell My Fixer Upper | |
| 205. | Any exhibits listed in Plaintiffs' Final Exhibit List [ECF No. 27] and not objected to by State Farm | |
| 206. | Demonstrative exhibits | |
| 207. | Any exhibits needed for impeachment or rebuttal purposes | |
| 208. | All other documents which are or have been produced by Plaintiffs or by State Farm as part of discovery in the litigation which are not objected to by State Farm | |
| 209. | Discovery responses, answers, and objections received from Plaintiffs | |
| 210. | Any documents produced in response to a Subpoena Duces Tecum issued by a party | |

>Respectfully submitted,
>
>*s/ Andrew J. Morris*
>Andrew J. Morris, OBA #31658
>Peyton S. Howell, OBA #33917
>McAfee & Taft, a Professional Corporation
>8th Floor, Two Leadership Square
>211 North Robinson
>Oklahoma City, OK 73102
>Telephone:   (405) 235-9621
>Facsimile:    (405) 235-0439
>andrew.morris@mcafeetaft.com
>peyton.howell@mcafeetaft.com
>
>**Attorneys for Defendant State Farm Fire and Casualty Company**