UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN and <br> KELLEY MULLICAN, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND <br> CASUALTY COMPANY <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-23-160-G <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Now before the Court is Defendant State Farm Fire and Casualty Company's Unopposed Motion for Extension of Defendant's Deadline to File *Daubert* Motion (Doc. No. 29), seeking a one-week extension of the March 1, 2024 *Daubert* motion deadline as to Plaintiffs' expert witness, Duane Smith. The Motion represents that Plaintiffs Stephen and Kelley Mullican do not oppose the requested extension. *See* Def.'s Mot. (Doc. No. 29) at 2.

For good cause shown, the Unopposed Motion (Doc. No. 29) is GRANTED. Defendant shall file any *Daubert* Motion as to Duane Smith on or before March 8, 2024.

IT IS SO ORDERED this 21st day of February, 2024.

_____
CHARLES B. GOODWIN
United States District Judge