| | |
|---|---|
| **From:** | Tommy Scott |
| **Sent:** | Tuesday, November 3, 2020 3:01 PM |
| **To:** | HOME CLMS-FIRECLAIMS |
| **Subject:** | [EXTERNAL]  Claim #36-12N4-32Q |
| **Attachments:** | 2010-1260 Analytical Test Report.pdf; Invoice 2010-048.pdf; 2010-048 R.pdf |

--
Tommy Scott
Scott & Associates Fire Investigations LLC
(405)255-0220

1

Mullican-SF_05022



# ANALYTICAL TEST REPORT
# Case #:  2010-1260

Page 1 of 2

2 November 2020

Travis Daugherty
State Farm Insurance Company
Via Electronic Mail Only
travis.daugherty.g5y7@statefarm.com
statefarmfireclaims@statefarm.com

### Subject

Analysis of Fire Evidence for Ignitable Liquids.

### Case Information

Claim #: 36-12N4-32Q.  Insured: Stephen Mullican.  Loss Date: 15 October 2020.  S & A File #: 2010-048.

### Background Information

On 28 October 2020 Analytical Forensic Associates received from Tommy Scott via UPS (1Z 1X6 7X4 90 4503 5388) the following:

Item 1: One gallon can containing partially burned wood identified as removed from four feet eight inches east of the west wall and three inches south of the north wall in the kitchen.

Item 2: One gallon can containing partially burned wood identified as removed from four feet ten inches east of the west wall and eight inches north of the south wall in the kitchen.

Item 3: One gallon can containing partially burned wood and paper identified as removed from five feet nine inches west of the east wall and four inches south of the north wall in the kitchen.

**ANALYTICAL FORENSIC ASSOCIATES**
3100 Five Forks Trickum Road ● Suite 104 ● Lilburn, GA 30047
Phone:  770.982.0210 or 877.FireLab ● www.afalabs.com

**Mullican-SF_05023**

AFA Case #:  2010-1260
2 November 2020
Page 2 of 2

### Background Information (continued)

Item 4: One gallon can containing partially burned wood, cardboard and insulation identified as removed from four feet four inches east of the west wall and six inches south of the north wall in the kitchen.

Analytical Forensic Associates was requested to analyze the samples to check for the presence of ignitable liquids.

### Analytical Test Methods and Results

The volatile components present in the samples were recovered per ASTM Method E1412 and analyzed per ASTM Method E1618.

GC-MS (gas chromatography-mass spectrometry) analysis of concentrated headspace vapors from Items 1, 2, 3 and 4 reveals that each contains the presence of components having retention times, selected ion profiles and mass spectra consistent with those present in a known evaporated medium petroleum distillate.

### Discussion and Conclusion

A medium petroleum distillate was detected in Items 1, 2, 3 and 4.  Medium petroleum distillates include, but are not limited to, some charcoal starters and lamp oils, mineral spirits, wood treatments and preservatives, dry cleaning solvents, fabric water repellents and protectors, automotive parts cleaners, spray lubricants, varnishes, kerosene substitutes, insecticide solvents and numerous other specialty application solvents and thinners.

Analysis Performed By: _____
Laurel V. Mason, F-ABC
Laboratory Director

Technical Review By: _____
Caitlyn E. Head, F-ABC
Forensic Scientist

**Evidence Disposition:**  The evidence and extracts will be placed into secured evidence storage at Analytical Forensic Associates.

*This report shall not be reproduced, except in full, without written approval of the testing laboratory.*

**ANALYTICAL FORENSIC ASSOCIATES**
3100 Five Forks Trickum Road ● Suite 104 ● Lilburn, GA 30047
Phone:  770.982.0210 or 877.FireLab ● www.afalabs.com

**Mullican-SF_05024**

Claim # 36-12N4-32Q

# SCOTT & ASSOCIATES

# FIRE INVESTIGATIONS, LLC

## 2353 HOUSTON AVENEUE

## NORMAN, OKLAHOMA 73071

### 405-255-0220

State Farm Insurance Company
Attention: Mrs. Hali Goss, Claims Specialist

Date: November 3, 2020

| S & A Case No: | Claim Number | Policy No |
|---|---|---|
| 2010-048 | 36-12N4-32Q | NA |

Service for the following period of time:
Date: 10/19/20 to 11/03/20

| | | |
|---|---|---|
| 8 | Hourly | $ 800.00 |
| 0 | Technical Support | 00.00 |
| 0 | Technical Travel | 00.00 |
| 65 | Mileage | 42.25 |
| One disk | Photographs | 5.00 |
| Miscellaneous Expense | | 93.25 |

.

Total                                                                $ 940.50

Federal I. D. No. ███████

Insured: Stephen Mullican
6000 Country Ridge Ln.
Newall, OK 74857

Mullican-SF_05025

**Claim # 36-12N4-32Q**

SCOTT & ASSOCIATES FIRE INVESTIGATIONS, LLC
2353 HOUSTON AVENUE
NORMAN, OKLAHOMA 73071
OFFICE 405-681-4544
CELL 405-255-0220
E-MAIL: SCOTTFIREINVESTIGATIONS@GMAIL.COM

ORIGIN AND CAUSE SUMMARY INVESTIGATIVE REPORT
Prepared: November 3, 2020
Company: State Farm Insurance Company
Claim #: 36-12N4-32Q
Attention: Mrs. Hali Goss, Claims Specialist
Insured: Stephen Mullican

ASSIGNMENT & INSTRUCTIONS

This assignment was received from Mrs. Hali Goss, State Farm Insurance Company, on October 19, 2020. Instructions were to conduct an origin and cause investigation of a fire incident which occurred at 6000 Country Ridge Ln., Newalla, Oklahoma 74857 on October 15, 2020 and to report our findings to the company.

FIRE SCENE EXAMINATION

On October 20, 2020, a thorough systematic origin and cause investigation was conducted of this fire loss location as recommended by NFPA 921 "Guide for Fire and Explosion Investigations."

Prior to conducting this examination, I spoke with the owner, Mr. Stephen Mullican. I interviewed him in reference to this loss as well as received permission to enter the property to conduct the examination and to collect any evidence deemed necessary to document the cause of this fire. I also collected four samples and sent them to the lab for analysis. Analysis from the lab concluded that "A medium petroleum distillate was detected in Items 1, 2, 3 and 4. Medium petroleum distillates include, but are not limited to, some charcoal starters and lamp oils, mineral spirits, wood treatments and preservatives, dry cleaning solvents, fabric water repellents and protectors, automotive parts cleaners, spray lubricants, varnishes, kerosene substitutes, insecticide solvents and numerous other specialty application solvents and thinners."

During this scene examination a complete set of photographs were taken, and a field diagram was made to document this fire loss and our findings in reference to the origin and cause of this fire. I also requested a copy of the Oklahoma City Fire Department Incident Report; however, I have not received one at this time. Once it is received it will be forwarded on to you.

**Mullican-SF_05026**

Claim # 36-12N4-32Q

ORIGIN

After completing this fire scene examination and reviewing all data available, it was determined that the room of origin of this structure was the kitchen. After conducting an examination of the room of origin, the area of origin was determined to be in the south center portion of the room of origin.

After conducting a thorough examination of the area of origin, the exact point of origin could not be documented due to the amount of damage caused by the fire.

CAUSE

After completing this systematic fire scene examination and interviewing the insured, it is my opinion that there are multiple possible ignition sources for this fire. One possible ignition source would be heat produced by an open flame, and the first material ignited would be fumes from flammable liquid, by an intentional act of a person(s). Another possible ignition source would be heat produced by an open flame of a candle, and the first material ignited would be the flammable fumes in the room of origin.

Mr. Mullican stated that he had stained the doors of the cabinets in the kitchen and lit candles to get rid of the smell. After doing this, he stated that he left the structure and must have left a candle burning.

After reviewing all data available and based on a reasonable degree of fire investigation certainty, it is my opinion the cause classification for this fire is undetermined.

RECOMMENDATIONS

If after reading this report you have no further instructions, we recommend our portion of this investigation is closed.

Permanent records of this case are maintained in our office and may be reopened upon your request.

If you have any questions, comments, or further instructions please do not hesitate to contact us.

Thank you for the assignment.

*Tommy Scott*

Tommy Scott

Mullican-SF_05027

**Claim # 36-12N4-32Q**

<u>Enclosures:</u>
1. One DVD of photographs.
2. Oklahoma City Fire Department Incident Report.
3. Analytical Laboratories Analytical Test Report.

**Mullican-SF_05028**