|  | $15,000.00 |  | $0.00 |  | $15,000.00 |  | $708.44 |
|---|---|---|---|---|---|---|---|
| **Assigned To** | | **Unit** | | **Location** | | **SOJ** | **Matter:** |
| Hali Goss (BH3E) | | Prox OK Unit RG | | Proximity Office | | OK | **Negotiation:** |
| | | | | | | | **Attorney Rep:** |

## CLAIM TOTALS

| COL/Line/Participant | Indemnity Paid | Ded Refund | Sub/Salvage | Net Indemnity | Expenses Paid |
|---|---|---|---|---|---|
| 33 / 001 / Named Insured(s) | $140,979.28 | $0.00 | $0.00 | $140,979.28 | $1,840.50 |
| 34 / 001 / Named Insured(s) | $59,886.80 | $0.00 | $0.00 | $59,886.80 | $0.00 |
| 69 / 001 / Named Insured(s) | $15,000.00 | $0.00 | $0.00 | $15,000.00 | $708.44 |
| Totals: | $215,866.08 | $0.00 | $0.00 | $215,866.08 | $2,548.94 |

## PAYMENTS

C denotes consolidated payment
E denotes EFT payment

| Payment Number | | Issued Date | Payee | Status | Amount | Auth ID |
|---|---|---|---|---|---|---|
| 126580375K | E | 05-17-2021 | SERVICEMASTER | Paid | $677.46 | BH3E |
| 126570181J | | 05-06-2021 | STEPHEN MULLICAN & KELLEY MULLICAN & BERNICE BEALL & IANS ENTERPRISE LLC | Paid | $7,299.09 | BH3E |
| 126570228J | | 05-06-2021 | STEPHEN MULLICAN & KELLEY MULLICAN & IANS ENTERPRISE LLC | Paid | $5,850.00 | BH3E |
| 126544093J | | 03-30-2021 | STEPHEN MULLICAN & KELLEY MULLICAN & IANS ENTERPRISE LLC | Paid | $53,447.20 | BH3E |
| 126535270K | E | 03-17-2021 | TEMPORARY ACCOMMODATIONS, INC | Paid | $1,679.17 | BH3E |
| 126535270K | E | 03-17-2021 | TEMPORARY ACCOMMODATIONS, INC | Paid | $812.55 | BH3E |
| 126495403K | E | 01-13-2021 | TEMPORARY ACCOMMODATIONS, INC | Paid | $1,625.00 | BH3E |
| 126468226K | E | 12-01-2020 | TEMPORARY ACCOMMODATIONS, INC | Paid | $5,741.72 | BH3E |
| 126468164K | E | 11-30-2020 | STEPHEN MULLICAN | Paid | $3,606.58 | BH3E |
| 126462522J | | 11-20-2020 | KELLEY MULLICAN & STEPHEN MULLICAN & BERNICE BEALL | Paid | $133,002.73 | ECBM |
| 126457152J | | 11-13-2020 | STEPHEN MULLICAN & KELLEY MULLICAN | Stop Pay | $133,002.73 | BH3E |
| 126450542K | E | 11-04-2020 | STEPHEN MULLICAN | Paid | $1,333.02 | Y8JC |
| 126449882J | C | 11-03-2020 | SCOTT & ASSOCATES | Paid | $940.50 | BH3E |
| 126449032J | | 11-02-2020 | ANALYTICAL FORENSIC ASSOCIATES | Paid | $900.00 | BH3E |
| 126439076K | E | 10-16-2020 | STEPHEN MULLICAN | Paid | $1,500.00 | BH3E |
| | | | | **Grand Total:** | $218,415.02 | |

Continued on Claim File Print - File History Information report