**From:** "Hali Goss" <span style="background:black">████████████████</span>
**Sent:** Sat, 17 Apr 2021 13:51:18 +0000
**To:** "IC - FIRE - Incoming Correspondence" <span style="background:black">████████████████</span>
**Subject:** 36-12N4-32Q
**Attachments:** Ian's reconcile.docx

Mullican-SF_01129

1. Matterport – this is an administrative expense and should not be part of his estimate
2. Anchor – unable to find anything close to this in XM
3. Fall Protection – price is ok, but per XM definition: Per day equipment charge for safety harness and lanyard. We have found that contractors will typically include the cost of this equipment within their unit cost pricing. In other words, when surveys are conducted, contractors generally do not have a separate charge for this equipment. This may vary from area to area and situation to situation. It is up to the estimator and parties involved to determine whether this item is needed in a particular job or estimate.
4. Safety monitor – unable to find anything close to this in XM.
5. revised
6. Temporary power hookup – price ok
7. revised
8. Temporary heat – the only XM items I can find for this are for commercial usage for heating a building
9. Temporary water – in XM this is a commercial item. Per description: This item to be used for commercial projects only.
10. Tarping landscape – pricing is ok, but this item is not needed; there is only landscaping on the front and on the rear, and it is nothing detailed or complex that needs special protection
11. Dumpster – revised
12. Demo bedroom – pricing ok. he estimated to demolish all the bedroom/rooms here - we did this room by room, so there is no need to make a change
13. Demo bathroom – pricing ok. this line is for demoing all bathrooms - we did this by room.
14. Demo kitchen/laundry – pricing ok; we estimated to demo kitchen/laundry in each applicable room.
15. Demo labor hours – pricing ok – Exterior? not sure what this 112 hours would be for, and would need this itemized out by bids on letterhead to consider
16. Permit fees – will need paid receipts
17. Price ok – not needed thru item 28. this house has been sitting since 10/25 and payment made 11/20, with nothing done; we do not owe for this
18. Price ok – not needed thru item 28
19. Price ok – not needed thru item 28
20. Price ok – not needed thru item 28
21. Price ok – not needed thru item 28
22. Price ok – not needed thru item 28
23. Price ok – not needed thru item 28
24. Price ok – not needed thru item 28
25. Price ok – not needed thru item 28
26. Price ok – not needed thru item 28
27. Price ok – not needed thru item 28
28. Price ok – not needed
29. Price ok – need is not demonstrated (1396 SF would be 174.5 LF of wall and I'm not sure what room this is)
30. Price ok – where does this figure come from? What exterior walls?

31. Price would be ok, but 2X10 joists would be for a 2nd story to be installed above, which is not the case here.  2X6 pricing is $3.29
32. This is inconsistent with item 34 below.  Only a small part of this hip roof would be considered a gable roof (4,7 LF ridge X 38)
33. This charge per XM is for framing a 7/12 – 9/12 roof, not a 6/12 roof like this.
34. Price ok
35. Price should be $44.31 SQ, not $111.33
36. Price using Oct 2020 pricelist is $2.25, not 3.21
37. Price ok
38. Price ok
39. Price ok
40. Price ok, but this code upgrade will be paid when incurred.  We would only owe for this in the valley * 3 F, however, not 1422 SF (27,4 *3 = 82 SF)
41. Price ok
42. Price ok, but would be a code upgrade if needed as they are not currently on the roof. If so, paid when incurred up to limit for code upgrades
43. Price ok
44. Price ok
45. Price ok
46. We don't pay for this unless incurred by NI on invoice from satellite carrier who had service with customer before the loss.
47. Price ok
48. Price ok
49. Price ok
50. Price is ok, also, vents are included in line 489
51. Price ok
52. Price ok, but . Per XM definitions: Generally, a contractor will have and use standard ladders, jacks, and plank scaffolding as part of their normal equipment toolset.
53. This is not needed if the siding is not being repalced
54. The siding is painted and needs to be painted, not replaced.  This is in X< lines 529 and 534 (interior). IWS is a roof item, not a siding item, and as a code item, this will be added if incurred, after the work is complete. It should be VX3 (27,4*3 = 82) SF
55. Trim does not appear to be damaged.  I estimated to clean and paint the exterior and this would be included.
56. Windows were added by room on the interior, which is where this item belongs.
57. Not sure where the frieze is
58. Windows are addressed in my estimate by room
59. Windows are addressed in my estimate by room
60. Windows are addressed in my estimate by room – appears to be for dining room and front bedroom; these are both double windows.
61. Windows are addressed in my estimate by room
62. Not sure why retrofit on 4 windows rather than all of them; if this is the specialty windows up front, we shouldn't be paying twice

63. This may be the rest of the windows
64. Window blinds are added by room where they were
65. " "
66. " "
67. Added high grade storm door on the front (full glass per photos) and average storm door on the rear.
68. On XM line 529
69. Not sure which trim – I have items for fascia
70. Window openings are painted in each room
71. We don't pay for this as gutter is available in a wide array of color and we are replacing it all
72. Painted soffit in XM line 491
73. Painted fascia in XM line 490
74. We don't pay for ladders for painting – per XM description: Generally, a contractor will have and use standard ladders, jacks, and plank scaffolding as part of their normal equipment toolset
75. He is showing this for the entire interior of the house. We are demo'ing every room and this is part of demo
76. Clean stud walls – not needed if we are going to seal them
77. Deodorize building – not needed it we are going to seal for odor control
78. Why are we sealing the slab? Not including without reason
79. XM 13
80. Final cleaning is included in my XM item 524.
81. Added meter base – line 582 Interior (where the electric is)
82. Added grounding rod – line 583
83. Trunk cable runs from the meter to the breaker and is one hot and one negative line, so it is 5 ft.  added to XM – line 584
84. Revised XM line 7, which was 150 amp rather than 200
85. My XM line 6
86. 220  volt outlet is XM 261
87. GFIs are included in each room  XM 261, 411, 86
88. Outlets are included in each room.
89. Switches are included in each room
90. Phone/TV outlets are included in each room
91. Smoke detectors are included in each room
92. XM item 69 in hall
93. Was there a safety switch on the house before the loss, and if so, where?
94. Where was the intruder alarm panel?
95. XM includes 4 average exterior lights, these are not fancy (XM 537, 538, and 539)
96. Interior light fixtures are estimated by room
97. Ceiling fan/lights are estimated by room
98. Where is the chandelier?
99. Light bars are estimated in the 2 bathrooms
100.         Light bulbs needed are estimated by room

101. Not needed for the entire house as most of the damage was smoke damage, not fire. The worst of the fire damage was in the kitchen, so I added rough in per fixture for the sink, dishwasher and refrigerator
102. WH est to detach and reset to clean (XM 437 and 438). WH closet is on the outside of the house and I'm not sure why this would need to be replaces.
103. Which room? And why?
104. Why? Included in adding furnace (XM 596)
105. XM 104 and 426
106. XM 560 and 567
107. XM 105 and 430
108. XM 107 and 432
109. The sinks are vanity tops with cultured marble.  Added XM 592 and 593, and revised out 79 and 405
110. XM 106 and 431
111. XM 276
112. XM 277 – there is no documentation this burned up fixture was anything other than average.
113. Angle stops are in rooms where appropriate
114. XM 337
115. XM 9
116. XM 11
117. Furnace is in the attic.  Added XM 596
118. Added
119. These are roofing items – XM 482
120. Copper lines are included in replacing the AC unit (XM 11)
121. XM 297
122. My notes state propane. Added XM 598 and revised out 208
123. Added XM 599
124. XM 207
125. Added XM 600
126. XM 554
127. XM 152
128. XM 154  and 169
129. Not needed as the room was gutted
130. XM 155- this is not heavy texture
131. XM 14
132. XM 15 – 12" not 14"
133. XM 164
134. XM 168
135. XM 157
136. Not needed as the room was gutted
137. XM 153
138. XM 156 and 171

139. ==XM 166 was for painted; revised that and added one stained.==
140. XM 165 – this item is actually painted
141. XM 158
142. XM 173
143. XM 174
144. XM 176
145. XM 178 and 202
146. No
147. XM 179 and 203
148. XM 14
149. XM 15
150. XM 197
151. XM 201
152. XM 205
153. No
154. XM 177
155. XM 180 and 204
156. XM 198 and 199 (1 paint and 1 stain)
157. XM 198 – the door was painted, not stained
158. XM 206
159. ==The only tile floor is in Hallway 2.  We had this as carpet, so I made the changes. Added XM 603 and revised out XM 285 and 286.==
160. XM 55 and 287
161. XM 57 and 66, and 289 ad 304
162. No
163. XM 58 and 67, and 290 and 304
164. XM 15
165. XM 300
166. XM 301
167. XM 292 – 12" shelving in place
168. Where?  This is not present in the pantries or
169. No
170. XM 56 and 288
171. XM 59 and 68, and 291 and 306
172. XM 293
173. XM 303
174. XM 302
175. See comment on 168
176. XM 555
177. XM 238
178. XM 241 and 281
179. No
180. XM 242 and 282

181. XM 15
182. XM 247
183. XM 245
184. XM 253
185. XM 252
186. XM 255
187. XM 256
188. We had to paint, but not to replace.  Added in XM 604.
189. No
190. XM 239
191. XM 243 and 283
192. XM 244
193. Part of kitchen – XM 555
194. Part of kitchen - XM 238
195. Part of kitchen – XM 241 and 281
196. No
197. Part of kitchen - XM 242 and 282
198. XM 14
199. XM 15
200. Part of kitchen - XM 604
201. No
202. Part of kitchen – XM 239
203. Part of kitchen - XM 243 and 283
204. Part of kitchen – added XM 608
205. Part of kitchen – added XM 609
206. Part of kitchen – XM 244
207. XM 210
208. XM 211
209. XM 212
210. XM 214 and 232
211. No
212. XM 215 and 233
213. XM 14
214. XM 15
215. XM 563
216. No
217. XM 213
218. XM 216 and 234
219. Added XM 610
220. Added XM 611
221. XM 564
222. XM 556
223. XM 312

224. XM 314 and 388
225. No
226. XM 315 and 339
227. XM 14
228. XM 15
229. XM 328
230. XM 331
231. XM 319
232. No
233. XM 313
234. XM 316 and 340.  I also revised out XM 332 – 336.
235. Revised out XM 330 and added XM 612
236. Revised out XM 329 and added XM 613
237. XM 342
238. XM  343
239. XM 344
240. XM 346 and 371
241. No
242. XM 347 and 273
243. XM 14
244. XM 15
245. XM 359
246. XM 362
247. No
248. XM 345
249. XM 348 and 373
250. XM 361
251. XM 557
252. XM 399
253. XM 309 (DRY in 434)
254. No
255. XM 403 and 435
256. XM 14
257. XM 15
258. XM 417
259. XM 420
260. XM 593
261. XM 407
262. XM 406
263. XM 409
264. XM 402
265. No – per XM description this is included in XM 402
266. XM 266

267. XM 429
268. No
269. XM 400
270. XM 404 and 436
271. XM 419
272. XM 418
273. XM 375
274. XM 376
275. XM 377
276. XM 379 and 390
277. No
278. XM 380 and 391
279. XM 14
280. XM 15
281. XM 386
282. XM 387
283. XM 393 and 394
284. No
285. XM 378
286. XM 381 and 392
287. XM 389
288. XM 395
289. XM 113
290. XM 114
291. XM 115
292. XM 117 and 146
293. No
294. XM 118 and 147
295. XM 14
296. XM 15
297. XM 131
298. XM 134
299. XM 136
300. XM 137
301. XM 120
302. No
303. XM 116
304. XM 119 and 148
305. XM 132
306. XM 135
307. XM 122
308. XM 553
309. XM 73

Mullican-SF_01137

310. XM 75 (DRY is in XM 109 and 559)
311. No
312. XM 77 and 110
313. XM 14
314. XM 15
315. XM 92
316. XM 95
317. Revised XM 79 to XM 592 previously
318. XM 80
319. XM 82
320. XM 320
321. Revised XM 562 to 614
322. Per XM descriptor, included in 321 (614)
323. XM 101
324. XM 102
325. No
326. XM 74
327. XM 78 and 111
328. XM 94
329. XM 93
330. XM 84
331. XM 17
332. XM 18
333. XM 19
334. XM 21 and 49
335. No
336. XM 22 and 50
337. XM 14
338. XM 15
339. XM 34
340. XM 37
341. XM 39
342. XM 40
343. XM 24
344. No
345. XM 20
346. XM 23 and 51
347. XM 36
348. XM 38
349. XM 25
350. XM 439
351. XM 14
352. XM 15

353. XM 440
354. XM 441
355. XM 443 – this is painted, not stained
356. XM 442 – this is painted, not stained
357. XM  544 – est to clean; why does this need to be replaced?

Mullican-SF_01139