Mullican v. SF



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VALOR FORENSIC ENGINEERING SERVICES
P.O. BOX 783
JENKS, OK 74037

2. Article Number (Transfer from service label)
9290 9969 0099 9714 9337 91
9214 7969 0099 9790 1214 9337 88

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Beth Williams
C. Date of Delivery: 2/16/24

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Reorder Form LCD-811R rev. 07/20

---

**Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

9214 7969 0099 9790 1214 9337 88

Certified Mail Fee
$ $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $ $3.65
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$ $0.640

Total Postage and Fees
$ $8.690

Sent To: VALOR FORENSIC ENGINEERING SERVICES
Street, Apt. No., or PO Box No.: P.O. BOX 783
City, State, Zip+4: JENKS, OK 74037

Postmark Here — OKLAHOMA CITY OK 73102, FEB 8 2024

Code: SANDY LEWIS - 07563.00067
Code2: 2/8/24 TH

PS Form 3800, January 2023    See Reverse for Instructions