```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF OKLAHOMA
 2

 3   STEPHEN AND KELLEY MULLICAN,    )
                                     )
 4          Plaintiffs,              ) Civil Action No.:
                                     ) 23-CV-160-G
 5      vs.                          )
                                     )
 6   STATE FARM FIRE AND CASUALTY    )
     COMPANY,                        )
 7                                   )
            Defendant.               )
 8                                   )
     _____)
 9

10                    STATEMENT OF RECORD,

11   taken on February 23, 2024, at 9:53 a.m., at the

12   law offices of McAfee & Taft, Tulsa, Oklahoma, and

13   via Zoom videoconference, before Trisha G. Damer,

14   Certified Shorthand Reporter in and for the State

15   of Oklahoma.

16

17

18

19

20

21

22

23

24

25
```

```
 1                      APPEARANCES:

 2      For the Plaintiffs:

 3              MR. TERRY M. McKEEVER
                Foshee & Yaffe
 4              P.O. Box 890420
                Oklahoma City, Oklahoma 73189
 5              tmm@fylaw.com

 6      For the Defendant:

 7              MS. JESSICA L. DICKERSON
                McAfee & Taft
 8              Two West Second Street, Suite 1100
                Tulsa, Oklahoma 74103
 9              jessica.dickerson@mcafeetaft.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2

 3
                           EXHIBITS
 4
     NUMBER                                           PAGE
 5
     1         Subpoena                                 4
 6
     2         Proof of service                         4
 7

 8
                          *  *  *  *  *
 9

10
```

1       MS. DICKERSON:  Okay.  We're here at the
2  deposition of Valor Forensic Engineering Services.
3  (Exhibits 1 and 2 were marked for identification.)
4       MS. DICKERSON:  I've marked as Exhibit 1
5  the subpoena to Valor setting the date and time of
6  this deposition for February 23rd, 2024, at
7  9:30 a.m.
8       It is now 9:53 a.m., and nobody has
9  appeared for Valor.  I've marked that subpoena as
10 Exhibit 1.
11      I've marked as Exhibit 2 the green card
12 showing that Valor has signed for the subpoena,
13 with a date of delivery of February 16th of 2024.
14      And again, we're here, and no one has
15 appeared for Valor.
16      Mr. McKeever, do you have anything to add?
17      MR. McKEEVER:  No, other than we've been
18 here since 9:30 or a little before, and no one has
19 appeared.  And my office or neither my co-counsel's
20 office has heard anything from Mr. Williams or
21 anybody on behalf of Valor.
22      MS. DICKERSON:  Okay.  And just to
23 clarify, earlier in the case, Chad Williams of
24 Valor had indicated he would not speak to anyone
25 from my office and that all communications needed

1   to go through Plaintiffs' counsel.  And it sounds
2   like they have not heard from him, either, so Valor
3   does not appear at the properly noticed deposition.
4           MR. McKEEVER:  I'm not sure what he told
5   your office, but I have no reason to not believe
6   that and, you know, he's inaccessible.
7           MS. DICKERSON:  That will do it.
8       (Statement is concluded at 9:54 a.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE

STATE OF OKLAHOMA )
                  ) SS
COUNTY OF TULSA   )


     I, TRISHA G. DAMER, a Certified Shorthand Reporter in and for the State of Oklahoma, do hereby certify that on February 23, 2024, in Tulsa, Oklahoma, and via Zoom videoconference, the statement of record was taken by me in stenotype and thereafter transcribed, and is fully and accurately set forth in the preceding 5 pages.

     I do further certify that I am not related to nor attorney for any of the parties hereto or otherwise interested in the event of said action.

     WITNESS my hand this 28th day of February, 2024.


_____

TRISHA G. DAMER
CSR# 1770, Expires 12/31/24