# Morris, Andrew J.

| | |
|---|---|
| **From:** | Morris, Andrew J. |
| **Sent:** | Friday, February 23, 2024 3:55 PM |
| **To:** | Terry M McKeever |
| **Cc:** | pdugas@dcclawfirm.com; Peyton S. Howell (peyton.howell@mcafeetaft.com); Dickerson, Jessica |
| **Subject:** | Mullicans / State Farm |

Terry – I understand that Mr. Williams did not appear this morning despite service of the deposition subpoena having been made on him. Our position remains unchanged: Mr. Williams either needs to sit for a deposition because one was properly subpoenaed, or he should not be allowed to testify at trial. Before we file a motion regarding him, I want to make sure that I understand your position, which I believe is that you do not have the ability to present Mr. Williams for a deposition. Frankly, at this point, I don't know how we'd get a deposition in without having to reset the *Daubert* and dispositive deadlines, as well as the trial date, entirely—even if Mr. Williams was willing to appear. Do you have any other suggestion for how this issue can be addressed? Would you be willing to stipulate that you won't call Mr. Williams (or anybody from Valor) as a witness at trial and that none of your witnesses will rely on or mention information or opinions from Mr. Williams/Valor for their testimony? If there's a stipulation of some sort which we could work out, I'm willing to take such a proposal to my client and see if that's acceptable to State Farm as a means to avoid having to seek to exclude Mr. Williams/Valor entirely.

Thanks,

AJM



**Andrew J. Morris**
Attorney
(405) 552-2315 phone
andrew.morris@mcafeetaft.com
BIO | vCard | www.mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.