### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN MULLICAN and KELLY MULLICAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>) Case No. 5:23-cv-00160-G<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

Plaintiffs Stephen Mullican and Kelly Mullican make the following objections to the proposed trial exhibits identified by Defendant on February 20, 2024 [Dkt. No. 32]. Plaintiffs reserve the right to amend or modify the objections set forth below based on any stipulation entered into by the Parties; corrections, revisions, or other changes to the underlying exhibits; any order from this Court on outstanding or future motions; as the facts of the case are developed through trial; and any ruling from the Court affecting admissibility. Plaintiffs reserve the right to file motions in limine with respect to any exhibits identified by Defendants. Plaintiffs reserve their objections under Federal Rules of Evidence 402 and 403. *See* Fed. R. Civ. P 26(a)(3)(B).

Plaintiffs also reserve any objections related to admissibility of identified exhibits if Defendant fails to lay an adequate foundation through witness testimony, authentication through witness testimony, lacking a witness with personal knowledge, or any containing

improper expert testimony. Plaintiffs cannot make such objections until the witness testimony and exhibit are proffered at trial.

Also, some objections listed below are to parts of voluminous exhibits (i.e. claim notes) which contain certain entries with impermissible legal conclusions, expert opinions, hearsay, etc., while other parts of the exhibit are otherwise admissible.

Notwithstanding the foregoing, Plaintiffs make the following objections.

| No. | Exhibit Description | Basis for Objection |
| --- | --- | --- |
| 2. | Insurance claim file summary prepared by State Farm | Incomplete; Hearsay; Cumulative |
| 3. | Insurance claim notes prepared by State Farm | Hearsay; Need for Personal Knowledge; Improper Expert Opinion, Improper Legal Conclusions; Cumulative |
| 4. | Insurance claim notes generated by internal State Farm system | Hearsay; Need for Personal Knowledge; Improper Expert Opinion, Improper Legal Conclusions, Cumulative |
| 9. | October 29, 2021 correspondence to Oklahoma Insurance Department from State Farm | Relevance; Improper Legal Conclusions; Cumulative |
| 172 | Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | Relevance; Cumulative |
| 173. | Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | Relevance; Cumulative |
| 174. | Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | Relevance; Cumulative |
| 175. | Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | Relevance; Cumulative |
| 176. | Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | Relevance; Cumulative |
| 177. | Account Statement to Plaintiffs prepared by Ian's Enterprise LLC | Relevance; Cumulative |
| 178. | Calls with Insureds (since 02/26/2022) Notes prepared by Ian's Enterprise LLC | Relevance; Cumulative |

| 180. | Calls with Valor Notes prepared by Ian's Enterprise LLC | Relevance; Cumulative |
|---|---|---|
| 181. | Text Messages between Ian's Enterprise LLC and Plaintiffs | Relevance; Cumulative |
| 182. | Text Messages between Ian's Enterprise LLC and Plaintiffs | Relevance; Cumulative |
| 184. | Text Messages between Ian's Enterprise LLC and Chad Williams | Relevance; Cumulative |
| 185. | Text Messages between Ian's Enterprise LLC and Doron Hoggatt | Relevance; Hearsay |
| 186. | Text Messages between Ian's Enterprise LLC and Justin Gentry | Relevance; Hearsay |
| 187. | Text Messages between Ian's Enterprise LLC and Doreen Rupert | Relevance; Hearsay; Cumulative |
| 188. | October 4, 2021 email correspondence between Plaintiffs and Ian Enterprise LLC | Relevance; Cumulative |
| 199. | June 3, 2021 Recording of Inbound Call from Valor Forensic Services to Ian's Enterprise LLC | Relevance; Cumulative |
| 200. | June 6, 2021 Recording of Inbound Call from Valor Forensic Services to Ian's Enterprise LLC | Relevance; Cumulative |
| 201. | March 21, 2022 Recording of Outbound Call to Plaintiffs from Ian's Enterprise LLC | Relevance; Cumulative |
| 202. | April 6, 2022 Recording of Outbound Call to Plaintiffs from Ian's Enterprise LLC | Relevance; Cumulative |
| 203. | Expert Report of Richard Windham with Accompanying Materials | Hearsay, Lack of Foundation, Need for Personal Knowledge; Impermissible Legal Conclusions |
| 204. | Documents received via Subpoena Duces Tecum from We Buy Homes LLC aka Sell My Fixer Upper | Relevance; Hearsay; Cumulative |
| 208. | All other documents which are or have been produced by Plaintiffs or by State Farm as part of discovery in the litigation which are not objected to by State Farm | Objections reserved until exhibits appropriately identified |
| 209. | Discovery responses, answers, and objections received from Plaintiffs | Cumulative |

| 210. | Any documents produced in response to a Subpoena Duces Tecum issued by a party | Objections reserved until specific document identified |

Respectfully submitted,

*/s/Terry M. McKeever*
Terry M. McKeever, OBA #21751
tmm@fylaw.com

**FOSHEE & YAFFE LAW FIRM**
P.O. Box 890420
Oklahoma City, OK 73189
Telephone:  (405) 632-6668
Facsimile:   (405) 632-3036

-**AND**-

Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com

**DUGAS & CIRCELLI, PLLC**
170 I River Run, Suite 703
Fort Worth, Texas 76107
Telephone:  (817) 945-3061
Facsimile:   (682) 219-0761

**ATTORNEY FOR PLAINTIFFS**