IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEPHEN MULLICAN AND KELLEY MULLICAN, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 5:23-cv-00160-G |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) | |
| *Defendant*. | ) | |

## STIPULATION OF DISMISSAL

**COME NOW** the Plaintiffs, Stephen Mullican and Kelley Mullican, and the Defendant, State Farm Fire and Casualty Company and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, do herein stipulate to the dismissal with prejudice of the above-styled and numbered cause, and all claims asserted therein, with each party to bear its own costs and fees.

Respectfully submitted,

*s/ Terry M. McKeever*
Terry M. McKeever, OBA No. 21751
S. Alex Yaffe, OBA No. 21063
FOSHEE & YAFFE
PO Box 890420
Oklahoma City, OK  73189
Telephone: 405/632.6668
Facsimile: 405/632.3036
Email: tmm@fylaw.com
         ay@fylaw.com

and

Preston James Dugas, III, TBN #24050189
DUGAS & CIRCELLI, PLLC
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone: (817) 945-3061
Email: pdugas@dcclawfirm.com
*ATTORNEYS FOR PLAINTIFFS*


*s/ Andrew J. Morris*
*(electronically submitted by Plaintiffs' counsel with permission of the above-signed Defendant's counsel)*
Andrew J. Morris, OBA #31658
McAfee & Taft A Professional Corp.
Eighth Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone:   405-235-9621
Facsimile:    405-235-0439
andrew.morris@mcafeetaft.com
*ATTORNEYS FOR DEFENDANT*